1  DAVID J. STEELE, CA Bar No. 209797
   Email: david.steele@cph.com
2  CHRISTIE, PARKER & HALE, LLP
3  3501 Jamboree Road, Suite 6000-North Tower
   Newport Beach, CA 92660a
   Telephone: (949) 476-0757
4  Facsimile: (949) 476-8640

5  HOWARD A. KROLL, CA Bar No. 100981
   Email: howard.kroll@cph.com
6  CHRISTIE, PARKER & HALE, LLP
7  350 W. Colorado Boulevard, Suite 500
   Pasadena, CA 91105
   Telephone: (626) 795-9900
8  Facsimile: (626) 577-8800

9  JOHN THORNE (*pro hac vice* pending)
   Email: john.thorne@verizon.com
10 VERIZON CORPORATE SERVICES GROUP INC.
   SARAH B. DEUTSCH (*pro hac vice* pending)
11 Email: sarah.b.deutsch@verizon.com
   VERIZON CORPORATE SERVICES CORP.
12 1515 North Court House Road, Suite 500
   Arlington, VA 22201
13 Telephone: (703) 351-3044
   Facsimile: (703) 351-3670
14

15 Attorneys for Plaintiffs
   VERIZON CALIFORNIA INC.
16 VERIZON TRADEMARK SERVICES LLC
   VERIZON LICENSING COMPANY

17         UNITED STATES DISTRICT COURT

18         CENTRAL DISTRICT OF CALIFORNIA

19              WESTERN DIVISION

| | |
|---|---|
| 20 VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY, | Case No.  **CV08-02463 ABC (Ex)** |
| 22            Plaintiffs, | **COMPLAINT FOR CYBERSQUATTING; TRADEMARK INFRINGEMENT; FALSE DESIGNATION OF ORIGIN; DILUTION; AND UNFAIR COMPETITION** |
| 23  vs. | |
| 24 NAVIGATION CATALYST SYSTEMS, INC.; and BASIC FUSION, INC., | |
| 25            Defendants. | **DEMAND FOR TRIAL BY JURY** |

26

27

28

Dockets.Justia.com

Plaintiffs, VERIZON CALIFORNIA INC., VERIZON TRADEMARK SERVICES LLC, and VERIZON LICENSING COMPANY (collectively "Plaintiffs"), by and through their attorneys, Christie, Parker & Hale, LLP, file their complaint against NAVIGATION CATALYST SYSTEMS, INC. and BASIC FUSION, INC. (collectively "Defendants"), for injunctive relief and damages as follows:

## Subject Matter Jurisdiction and Venue

1.     This is an action for cybersquatting under 15 U.S.C. § 1125(d); for trademark infringement under 15 U.S.C. § 1114(1) and California Business & Professions Code § 14320; for false designation of origin under 15 U.S.C. § 1125(a); for dilution under 15 U.S.C. § 1125(c); and for unfair competition under California Business & Professional Code § 17200 and California common law. This Court has subject matter jurisdiction over the claims pursuant to 15 U.S.C. § 1121, and 28 U.S.C. §§ 1331 and 1338.

2.     This Court has supplemental jurisdiction over the claims in this Complaint that arise under state statutory and common law of the State of California pursuant to 28 U.S.C. § 1367(a) because the state law claims are so related to the federal claims that they form part of the same case or controversy and derive from a common nucleus of operative facts.

3.     Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b) as a substantial part of the events or omissions giving rise to the claim and the threatened and actual harm to Plaintiffs occurred in this District by reason of Defendants' conduct as alleged below. Venue is also proper in this Judicial District pursuant to 28 U.S.C. § 1391(b) because Defendants operate an office in this District and reside in this District.

## Parties and Personal Jurisdiction

4.     Plaintiff Verizon California Inc. is a California corporation with its principal place of business in Thousand Oaks, California ("Verizon California").

CHRISTIE, PARKER & HALE, LLP

5.     Plaintiff Verizon Trademark Services LLC is a Delaware limited liability company with its principal place of business in Arlington, Virginia ("Verizon Trademark Services").

6.     Plaintiff Verizon Licensing Company is a Delaware corporation with its principal place of business in Arlington, Virginia ("Verizon Licensing").

7.     Defendant Navigation Catalyst Systems, Inc. ("Navigation Catalyst") is a Delaware corporation having its place of business at 2141 Rosecrans Ave. #3030, El Segundo, California, 90245. This Court has personal jurisdiction over Defendant because it conducts substantial business within this district related to the unlawful activities at issue in this Complaint, and operates an office within this district. The harm suffered by Plaintiffs flows directly from the business conducted by this Defendant within this district.

8.     Defendant Basic Fusion, Inc. ("Basic Fusion") is a Delaware corporation having its place of business at 2141 Rosecrans Ave. #3030, El Segundo, California, 90245. This Court has personal jurisdiction over Defendant because it conducts substantial business within this district related to the unlawful activities at issue in this Complaint, and operates an office within this district. The harm suffered by Plaintiffs flows directly from the business conducted by this Defendant within this district.

9.     Navigation Catalyst and Basic Fusion (collectively "Defendants") each are working together or have worked together as a single entity, and in collusion with each other, for the purpose of perpetrating the unlawful activities complained of in this Complaint.

10.     At all times material to this action, each of the Defendants was the agent, servant, employee, partner, alter ego, subsidiary, or joint venturer of each of the other Defendants, and the acts of each of Defendants were in the scope of such relationship; in doing the acts and failing to act as alleged in this Complaint, each of the Defendants acted with the knowledge, permission, and the consent of

CHRISTIE, PARKER & HALE, LLP

each of the other Defendants; and each of Defendants aided and abetted the other Defendants in the acts or omissions alleged in this Complaint.

## The Businesses of Plaintiffs

### (a) Plaintiffs' Use of the VERIZON and VERIZON WIRELESS Trademarks

11.    In 2000, Bell Atlantic Corporation and GTE Corporation merged to form Verizon Communications Inc. ("Verizon Communications"). Today, Verizon Communications, its subsidiaries and affiliates, including Plaintiffs Verizon California, Verizon Trademark Services and Verizon Licensing, form one of the largest, well-known telecommunications companies in the world. Verizon Communications' subsidiaries (collectively referred to as the "Verizon Companies") provide a full array of communications and entertainment product and service offerings, including local, long distance, and wireless telephone services; Internet access; television services; phones; and related equipment. The Verizon Companies have extensive operations in the United States and some of the Verizon Companies also have operations throughout the world.

12.    A publicly traded company on the New York Stock Exchange, Verizon Communications generates annual consolidated operating revenues of over ninety billion dollars ($90,000,000,000.00), is a Dow 30 company, and ranks in the top twenty (20) of the Fortune 500 list. The Verizon Companies employ a diverse workforce of nearly two hundred and thirty five thousand (235,000) employees.

13.    Verizon Trademark Services owns the VERIZON and VERIZON WIRELESS trademarks and trade names, as well as logo versions that include a "V Design" above or to the left of the word marks VERIZON and VERIZON WIRELESS (collectively, the "VERIZON Marks").

14.    Verizon Licensing is the exclusive licensor of the VERIZON Marks and has granted, directly or indirectly, licenses to use the VERIZON Marks to its parent company, Verizon Communications, and to the various Verizon

CHRISTIE, PARKER & HALE, LLP

Companies.

15.     The VERIZON Marks were publicized as early as the first week in April 2000, when Cellco Partnership d/b/a Verizon Wireless, then doing business as Bell Atlantic Mobile, began doing business as "Verizon Wireless." Upon the launch of Verizon Wireless, on or about April 3, 2000, the VERIZON WIRELESS name and trademark and related logos were featured on the Internet, in television and radio advertisements, and in stories published in major newspapers throughout the United States.

16.     The Verizon Companies have offered and provided a full array of communications and entertainment products and services under the VERIZON Marks.

17.     Currently, the Verizon Companies' wireline business uses the VERIZON Marks in connection with the provision of telephone and broadband products and services to consumer and business customers in twenty eight (28) states (including California where such products and services are provided by Plaintiff Verizon California) and the District of Columbia serving a territory consisting of more than 41.4 million access lines and 8.2 million broadband connections. Telephone and broadband products and services include voice and data transport, enhanced and custom calling features, network access, directory assistance, private lines, public telephones, nationwide long distance services, customer premises equipment distribution, data solutions and systems integration, billing and collections, Internet access services and inventory management services. The Verizon Companies' wireline business also provides entertainment products and services, including digital television, video on demand and online games. Additionally, some of the Verizon Companies provide telephone and broadband products and services to customers outside of the United States.

18.     The VERIZON Marks are widely known and recognized among consumers and members of the telecommunications industry.

CHRISTIE, PARKER & HALE, LLP

19. The VERIZON Marks are unique and distinctive and, as such, designate a single source of origin.

20. The Verizon Companies spend and have spent many millions of dollars each year since 2000 to extensively advertise and promote VERIZON and VERIZON WIRELESS branded products and services in the United States through a variety of media, including television, radio, print advertisements, direct mail, trade shows, conferences, and the Internet.

21. As a result of the Verizon Companies' extensive and exclusive use, the VERIZON Marks have developed extensive goodwill in the market and are extremely valuable to the Verizon Companies. Verizon Companies expend substantial effort and expense to protect the VERIZON Marks and the VERIZON Marks' distinctiveness in the marketplace.

22. Having been widely promoted to the general public, and having exclusively identified the Verizon Companies and their products and services, the VERIZON Marks symbolize the tremendous goodwill associated with the Verizon Companies and are a property right of incalculable value. Further, the VERIZON Marks have long enjoyed unquestionable fame as a result of favorable general public acceptance and recognition.

23. The VERIZON and VERIZON WIRELESS marks are famous marks protected under 15 U.S.C. § 1125(c).

24. The Verizon Companies' main Internet websites using the VERIZON Marks and featuring information on many of the products and services of the Verizon Companies can be accessed via the domain names verizon.com verizon.net, and verizonwireless.com. Printouts from the websites at verizon.com, verizon.net and verizonwireless.com evidencing such use of the VERIZON Marks are attached as Exhibit 1.

25. The VERIZON Marks are valid and enforceable trademarks.

26. Verizon Trademark Services owns the following United States

CHRISTIE, PARKER & HALE, LLP

trademark registrations for its various VERIZON Marks:

| Trademark | Reg. No. | Goods/Services | Reg. Date |
|---|---|---|---|
| VERIZON | 2,886,813 | Various goods and services in Int'l Classes 9, 16, 35, 36, 37, 38, 41, and 42. | 9/21/04 |
| VERIZON | 3,085,712 | Various goods and services in Int'l Classes 9, 38, and 41. | 4/25/06 |
|  | 2,879,802 | Various goods and services in Int'l Classes 9, 16, 35, 36, 37, 38, 41, and 42. | 8/31/04 |
| VERIZON WIRELESS | 3,077,271 | Various goods and services in Int'l Classes 9, 16, 35, 36, and 38. | 4/4/06 |
|  | 2,884,027 | Various goods and services in Int'l Class 38. | 9/14/04 |
|  | 3,077,269 | Various goods and services in Int'l Class 9. | 4/4/06 |

Copies of the registration certificates for each registration are attached to this Complaint as Exhibit 2.

### (b) Plaintiffs' Use of the VZ, VZACESS, VZEMAIL, VZGLOBAL, VZVOICE and VZW Trademarks

27.     Verizon Trademark Services owns the VZ, VZACESS, VZEMAIL, VZGLOBAL, VZVOICE and VZW trademarks (collectively, the "VZ Marks").

28.     Verizon Licensing is the exclusive licensor of the VZ Marks, and has

CHRISTIE, PARKER & HALE, LLP

granted, directly or indirectly, licenses to use the VZ Marks to the various subsidiaries of Verizon Communications.

29.     The VZ trademark was first used on or about July 3, 2000. The VZW trademark was first used on or about August 15, 2000. The VZACCESS, VZEMAIL, VZGLOBAL and VZVOICE trademarks were first used on or about September 29, 2003.

30.     The Verizon Companies have offered and provided a full array of communications and entertainment products and services under the VZ Marks.

31.     The Verizon Companies use the VZ Marks to provide wireless voice and data services to over 65.7 million customers nationwide and use the VZ Marks in connection with the provision of the wireless voice and data services in California and in interstate commerce.

32.     The VZ Marks are widely known and recognized among consumers and members of the telecommunications industry.

33.     The VZ Marks are unique and distinctive and, as such, designate a single source of origin.

34.     The Verizon Companies spend and have spent significant amounts of money each year since 2003 to advertise and promote the aforementioned products and services in the United States in connection with the VZ Marks.

35.     As a result of the Verizon Companies' extensive and exclusive use, the VZ Marks have developed extensive goodwill in the market and are extremely valuable to the Verizon Companies. Verizon Companies expend substantial effort and expense to protect the VZ Marks and the VZ Marks' distinctiveness in the marketplace.

36.     Having been widely promoted to the general public, and having exclusively identified the Verizon Companies and their products and services the VZ Marks symbolize the tremendous goodwill associated with the Verizon Companies and are a property right of incalculable value.

CHRISTIE, PARKER & HALE, LLP

38. The Verizon Companies' main Internet websites using the VZ Marks and featuring information on many of the products and services of the Verizon Companies can be accessed via the domain names verizon.com verizon.net, and verizonwireless.com. Printouts from the websites at vzw.com, vzw.msn.com and verizon.com evidencing such use of the VZ Marks are attached as Exhibit 3.

39. The VZ Marks are valid and enforceable trademarks.

40. Verizon Trademark Services owns the following United States trademark registrations for its VZ Marks:

| Trademark | Reg. No. | Goods/Services | Reg. Date |
|-----------|----------|----------------|-----------|
| VZ | 3,064,237 | Various goods and services in Int'l Classes 16 and 41. | 2/28/06 |
| VZACCESS | 2,973,813 | Various services in Int'l Class 38. | 7/19/05 |
| VZEMAIL | 2,973,814 | Various services in Int'l Class 38. | 7/19/05 |
| VZGLOBAL | 3,083,568 | Various services in Int'l Class 38. | 4/18/06 |
| VZVOICE | 2,973,811 | Various services in Int'l Class 38. | 7/19/05 |
| VZW | 3,319,338 | Various services in Int'l Class 38. | 10/23/07 |

Copies of the registration certificates for each registration are attached to this Complaint as Exhibit 4.

**(c) Plaintiffs' Use of the FIOS and VERIZON FIOS Trademarks**

37. Verizon Trademark Services owns the FIOS and VERIZON FIOS trademarks (collectively, the "VERIZON FIOS Marks").

38. Verizon Licensing is the exclusive licensor of the VERIZON FIOS

CHRISTIE, PARKER & HALE, LLP

Marks, and has granted, directly or indirectly, licenses to use the VERIZON FIOS Marks to the various subsidiaries of Verizon Communications.

39. The Verizon Companies wireline business, including Plaintiff Verizon California, have offered and provided communications and entertainment products and services under the VERIZON FIOS Marks since at least as early as August 2004.

40. The Verizon Companies' services provided under the VERIZON FIOS Marks include broadband and television services. The broadband services are designed to provide the fastest and most powerful Internet access offered by the Verizon Companies. The television services include one hundred percent (100%) all digital programming, movies and sports channels, premium and international channels, expansive HD programming, a video on demand library, interactive features, digital video recording and fiber-quality picture and sound.

41. The Verizon Companies' services are available to users connected to the Verizon network via the Verizon Companies' "Fiber-To-The-Premises," or FTTP, program. The FTTP program refers to the Verizon Companies' network upgrade that utilizes fiber-optic cables and associated optical electronics instead of copper wire to connect customers to the Verizon network and provide voice services and associated features while offering nearly unlimited bandwidth for an array of data and video applications.

42. The VERIZON FIOS Marks are unique and distinctive and, as such, designate a single source of origin.

43. The Verizon Companies spend and have spent significant amounts of money each year since 2004 to advertise and promote the aforementioned products and services in the United States in connection with the VERIZON FIOS Marks.

44. As a result of the Verizon Companies' extensive and exclusive use, the VERIZON FIOS Marks have developed extensive goodwill in the market and

CHRISTIE, PARKER & HALE, LLP

are extremely valuable to the Verizon Companies. The Verizon Companies expend substantial effort and expense to protect the VERIZON FIOS Marks and the VERIZON FIOS Marks' distinctiveness in the marketplace.

45.     Having been widely promoted to the general public, and having exclusively identified the Verizon Companies and their products and services, the VERIZON FIOS Marks symbolize the tremendous goodwill associated with the Verizon Companies and is a property right of incalculable value.

41.     The Verizon Companies' main Internet websites using the VERIZON FIOS Marks and featuring information on many of the products and services of the Verizon Companies can be accessed via the domain names verizon.com and verizonfios.com, which have used the VERIZON FIOS Marks since at least as early as August 2004. A printout from the website at verizonfios.com evidencing such use of the VERIZON FIOS Marks is attached as Exhibit 5.

42.     The VERIZON FIOS Marks are valid and enforceable trademarks.

43.     Verizon Trademark Services owns the following United States trademark registrations for its various VERIZON FIOS Marks:

| Trademark | Reg. No. | Goods/Services | Reg. Date |
|-----------|----------|----------------|-----------|
| FIOS | 3,001,081 | Various goods and services in Int'l Classes 37 and 38. | 09/27/05 |
| VERIZON FIOS | 3,147,510 | Various goods and services in Int'l Classes 37 and 38. | 09/26/06 |

Copies of the registration certificates for each registration are attached to this Complaint as Exhibit 6.

**The Business of Defendants**

44.     Plaintiffs are informed and believe and on that basis allege that Basic Fusion is a registrar of Internet domain names accredited by the Internet

CHRISTIE, PARKER & HALE, LLP

Corporation for Assigned Names and Numbers ("ICANN").

45.    Plaintiffs are informed and believe and on that basis allege that Defendants have registered and used over three million (3,000,000) domain names ("Defendants' Domain Names").

46.    Plaintiffs are informed and believe and on that basis allege that Defendants have used and are using an automated process to register Defendants' Domain Names.

47.    Plaintiffs are informed and believe and on that basis allege that many of Defendants' Domain Names are confusingly similar to famous or distinctive trademarks owned by others. ("Confusingly Similar Domain Names"). A list detailing some of the Confusingly Similar Domain Names is attached to this Complaint as Exhibit 5. Notwithstanding that Defendant has targeted nearly every single famous trademark in existence, for the sake of brevity the list of Exhibit 7 details only one famous trademark for each letter of the alphabet.

48.    Plaintiffs are informed and believe, and on that basis allege, that one or more of Defendants was or is the registrant for each of Defendants' Domain Names.

49.    Defendants registered Defendants' Domain Names for their own use, i.e. Defendants are both the registrar and registrant of Defendants' Domain Names.

50.    At the time Defendants registered each of Defendants' Domain Names, Defendants did not have an identifiable customer for Defendants' Domain Names, other than one of Defendants or an affiliated entity.

51.    One or more of Defendants was or is also the registrar for each of Defendants' Domain Names.

52.    Basic Fusion, as an ICANN-accredited registrar, has direct access to register Internet domain names via one or more Internet registries, including the .com and .net registries operated by VeriSign, Inc.

CHRISTIE, PARKER & HALE, LLP

53.     Plaintiffs are informed and believe and on that basis allege that Defendants operate websites at each of the Confusingly Similar Domain Names which display Hypertext Markup Language ("HTML") links featuring goods or services that are directly competitive with those sold or provided in connection with the famous or distinctive trademarks.

## Defendants and Their Wrongful Conduct

54.     Plaintiffs have not authorized Defendants to use in any way the VERIZON Marks, the VZ Marks or the VERIZON FIOS Marks.

55.     Plaintiffs are informed and believe and on that basis allege that Defendants have registered over one thousand three hundred and fifty seven (1,357) domain names which are confusingly similar to the VERIZON Marks, the VZ Marks or the VERIZON FIOS Marks, including at least the following:

| | |
|---|---|
| 222verizon.com | freeverizonmdinutes.com |
| 252fverizon.net | freevirizonringtones.com |
| 2verizon.net | frweverizon.com |
| 40verizon.net | helpverison.com |
| 40verizonbusiness.com | homephoneserviceverison.com |
| 40verizonwirelees.com | homeveriizon.net |
| 40verizonwireless.com | homeverison.com |
| activatemyverizon.net | homeverizin.net |
| activateverison.com | homeverozon.net |
| activateverizion.com | homeverzon.net |
| aerizonwireless.com | homevirizon.net |
| animeverison.com | homevwrizon.net |
| averisonline.com | homezerizon.net |
| cellularverison.com | hpttverizon.net |
| cerizonwirless.com | httverizon.net |
| comerizonwireless.com | inpulseverisonwireless.com |
| comverison.net | mhasbjverizon.net |
| downloadverizondsl.com | myaccountatverisonwireless.com |
| dslstartveizon.net | myaccountverisonwireless.com |
| dslstverizon.net | myaccountverizionwireless.com |
| dslverisonstart.com | myaccountvirizonewireless.com |
| ebillpayverison.com | myerizon.com |
| erizonphones.com | myprepaidverizon.com |
| eroesverizon.com | myverisonprepaid.com |
| freecerizon.com | myverisonprepay.com |
| freetextmessagingtoverizon.com | myverisonwireless.com |
| freeverisongames.com | myverizionaccount.com |
| freeverisonphones.com | myverizionwirelessprepaid.com |
| freeverisonwirelessringtones.com | myverizonair.com |
| freeverizionwirelessringtones.com | myverizoncentral.com |
| freeverizoncellphones.com | myverizonprepay.com |

-13-

oldverison.net
omeverizon.net
onlinevorizon.net
paymyverizonphonebill.com
pimpverizon.com
portalverizon.net
prepaidverison.com
prepaidverizion.com
prepayverison.com
prepiadvirizonwireless.com
rebateverizonwireless.com
ringbacktonesverizionwireless.com
ringbacktonesverizon.com
rringtonesverizon.com
search20verizowireless.com
searchverizon.com
searchverizon.net
searchverizonwierless.com
searchverizonwirelees.com
searchverizonwireless.com
searchverzon.com
searchvirizonwireless.com
shoppingforverizonwireless.com
startveizon.net
startverion.net
startverizion.net
startverizo.net
startverzon.net
testverizon.net
unverison.com
vaerizon.net
varizones.com
vberizonwirelesstones.com
vbverisonwireless.com
ve3rizon.com
ve3rizonrfewards.com
ve4rizonwireless.com
ve5rizon.com
vederizon.net
veeerizonwireless.com
veerizoncentral.com
veerizonpages.com
veerizonwireles.com
veerizonwirelesspr.com
vefrizon.net
veizoncenter.com
veizoncentral.com
veizonchocolate.com
veizonemaillogin.com
veizonhome.com
veizonnetmail.net
veizononline.net
veizonphones.com
veizonpr.net
veizonringtons.com

veizonwieless.com
veizonwireles.com
veizonwirelss.com
veizonwirereless.com
veizonwirles.com
veizonwreless.com
ver4izon.com
ver5izonwireless.com
ver8izon.net
vereizon.net
vereizoncentral.com
vererizon.net
verfizonwireless.com
veri8zon.net
veri9zonwireles.com
veri9zonwireless.com
veriaoncentral.com
veriaonmail.com
veriaonwireless.com
veriaonwirless.com
veriizonwierless.com
veriizonwirelesss.com
veriizonworeless.com
verijzon.com
verikzon.com
verion22.com
verionbusiness.com
verioncentral.com
verioneless.com
verionireless.com
verionmobile.com
veriononline.net
verionpix.com
verionrewards.com
verionscellphones.com
verionsonwireless.com
verionswirerless.com
verionwererless.com
verionwierless.com
verionwire.com
verionwirelees.com
verionwirelessamphitheatre.com
verionwirelessmyprepaid.com
verionwirelessprepaid.com
verionwirelss.com
verionwiresless.com
verionwiress.com
verionz.net
verionzon.com
veriosin.com
veriosion.com
veriosionwireless.com
veriosn.com
veriozoncellphones.com
veriozonmobile.com

| | | |
|---|---|---|
| 1 | veriozonringtones.com | verisonstores.com |
| | veriozonwireles.com | verisonthreatre.com |
| 2 | veriozonwirelss.com | verisonvireless.com |
| | verison20wireless.com | verisonvision.com |
| 3 | verisonaccount.com | verisonwebmail.net |
| | verisonampatheatre.com | verisonwereless.com |
| 4 | verisonaphitheater.com | verisonweriless.com |
| | verisonarena.com | verisonwhireless.com |
| 5 | verisonbilling.com | verisonwiereless.com |
| | verisonbussiness.com | verisonwierlessmusiccenter.com |
| 6 | verisonc.com | verisonwierlessstore.com |
| | verisoncareer.com | verisonwierlos.com |
| 7 | verisoncareers.com | verisonwierrless.com |
| | verisoncarrers.com | verisonwiles.com |
| 8 | verisoncell.com | verisonwilress.com |
| | verisoncellphone.com | verisonwireelss.com |
| 9 | verisoncentarl.com | verisonwireerless.com |
| | verisoncenter.com | verisonwirel.com |
| 10 | verisoncentral.com | verisonwirelesmyprepaid.com |
| | verisonconcerttickets.com | verisonwirelesprepaid.com |
| 11 | verisonddsl.com | verisonwirelessamphitheater.com |
| | verisondirectory.com | verisonwirelessampitheater.com |
| 12 | verisonemployment.com | verisonwirelessampitheatre.com |
| | verisonfreegames.net | verisonwirelessamptheater.com |
| 13 | verisongamesondemand.com | verisonwirelessbill.com |
| | verisonhelp.com | verisonwirelesscellphone.com |
| 14 | verisonhighspeedinternet.com | verisonwirelesscellularphones.com |
| | verisonimpulse.com | verisonwirelesscenter.com |
| 15 | verisonimpulse.com | verisonwirelesschaperone.com |
| | verisoninpluse.com | verisonwirelessfreepay.com |
| 16 | verisonireless.com | verisonwirelessgetdiscounts.com |
| | verisonjuke.com | verisonwirelessgetitnow.com |
| 17 | verisonmail.com | verisonwirelessjobs.com |
| | verisonmail.net | verisonwirelessjuke.com |
| 18 | verisonmierless.com | verisonwirelessmusicenter.com |
| | verisonmobel.com | verisonwirelessmusicmanager.com |
| 19 | verisonmobil.com | verisonwirelessmyacount.com |
| | verisonmobileusa.com | verisonwirelessmyprepaid.com |
| 20 | verisonmyprepaid.com | verisonwirelessmyprepay.com |
| | verisonn.com | verisonwirelesspic.com |
| 21 | verisonnetwork.com | verisonwirelesspicplace.com |
| | verisonnews.com | verisonwirelesspixplace.com |
| 22 | verisonpayasyougo.com | verisonwirelessplans.com |
| | verisonphonebook.com | verisonwirelessprepaidphones.com |
| 23 | verisonpic.com | verisonwirelessprepay.com |
| | verisonpicplace.com | verisonwirelessprepayphone.com |
| 24 | verisonpimp.com | verisonwirelessprephones.com |
| | verisonplans.com | verisonwirelessrebate.com |
| 25 | verisonprepaidcellphones.com | verisonwirelessregistratration.com |
| | verisonrebate.com | verisonwirelessringback.com |
| 26 | verisonringback.com | verisonwireliess.com |
| | verisonservices.com | verisonwirelrss.com |
| 27 | verisonsireless.com | verisonwirels.com |
| | verisonsmallbusiness.com | verisonwirelsess.com |
| 28 | verisonso.net | verisonwirerles.com |

CHRISTIE, PARKER & HALE, LLP

verisonwiresell.com
verisonwirlees.com
verisonwirleress.com
verisonwirles.com
verisonwirlessmusiccenter.com
verisonwirlessphones.com
verisonwirlessringbacktones.com
verisonwirlesss.com
verisonwirlles.com
verisonwirreles.com
verisonwirreless.com
verisonwirreless.com
verisonwirrels.com
verisonwirress.com
verisonwirsless.com
verisonworeless.com
verisonwrieles.com
verisonwriess.com
verisonwriless.com
verisonwrireless.com
verisonwrless.com
verisonwwwcraigslist.com
veriszonmwireless.com
veriszonwireles.com
veriszonworeless.com
veriuzonwirteless.com
verivonampitheater.com
verivzon.com
verixonbusiness.com
verixoncellphones.com
verixonmobil.com
verixonphones.com
verixonpix.com
verixonprepay.com
verixonringtones.com
verixonwireles.com
verixonwirelesspr.com
verixonwirelessvip.com
verixonwirelss.com
verixonworeless.com
verixzon.net
verixzonwirelesspr.com
veriz0on.com
veriz9onwireless.com
verizaon.net
verizaonwirless.com
verizaonwirlesspr.com
verizencentral.com
verizincentral.com
verizinewireless.com
verizinhomepage.com
verizinringbacktones.com
verizinvireless.com
verizinwireess.com
verizinwirekess.com

verizinwirelessvip.com
verizinwirerless.com
verizin20wireless.com
verizionaccount.com
verizionafni.com
verizionamphitheatrecharlottetickets.com
verizionamphitre.com
verizionampitheater.com
verizionarcade.com
verizionbillpay.com
verizionbroadband.com
verizioncable.com
verizioncard.com
verizionemail.com
verizionfreeringtones.com
veriziongames.com
verizionhelp.com
verizionhome.com
verizionhomepage.com
verizionhomephone.com
verizioninpulse.com
verizioniobi.com
verizionireless.com
verizionjobs.net
verizionmireless.com
verizionmobil.com
verizionmoble.com
verizionmusic.com
verizionmusiccenter.com
verizionmyaccount.com
verizionmyprepay.com
verizionphones.com
verizionpics.com
verizionpix.com
verizionpixplace.com
verizionplans.com
verizionprepaidphones.com
verizionringback.com
verizionringbacks.com
verizionringbacktones.com
verizionstore.com
verizionswireless.com
veriziontelephone.com
veriziontext.com
veriziontextsomeone.com
veriziontv.com
verizionw.com
verizionwaireless.com
verizionweirless.com
verizionwerless.com
verizionwerless.com
verizionwieless.com
verizionwierles.com
verizionwierless.com
verizionwilreless.com

CHRISTIE, PARKER & HALE, LLP

| | | |
|---|---|---|
| 1 | verizionwireeless.com | verizohnwireless.com |
| | verizionwirelass.com | verizohomepage.com |
| 2 | verizionwirelees.com | verizoi.com |
| | verizionwireles.com | verizoinwirless.com |
| 3 | verizionwirelessaboutyou.com | verizoion.com |
| | verizionwirelessampitheater.com | verizoireless.com |
| 4 | verizionwirelesscareers.com | verizoiwireless.com |
| | verizionwirelessgetitnow.com | verizojn.com |
| 5 | verizionwirelessjobs.com | verizojn.net |
| | verizionwirelessmyprepayaccount.com | verizomail.com |
| 6 | verizionwirelessphones.com | verizomcentral.com |
| | verizionwirelesspix.com | verizomemail.net |
| 7 | verizionwirelesspixplace.com | verizomgames.com |
| | verizionwirelessprepaid.com | verizommobile.com |
| 8 | verizionwirelessrbt.com | verizompix.com |
| | verizionwirelessringbacks.com | verizomprepaid.com |
| 9 | verizionwirelessringbacktones.com | verizomrewards.com |
| | verizionwirelessryl.com | verizomtelephone.com |
| 10 | verizionwirelesssurvey.com | verizomweireless.com |
| | verizionwirelessvcast.com | verizomwierless.com |
| 11 | verizionwirelessvip.com | verizomwirelees.com |
| | verizionwirelless.com | verizomwirelessmyprepay.com |
| 12 | verizionwirellestheather.com | verizomwirelesspixplace.com |
| | verizionwirelsee.com | verizomwirelessprepay.com |
| 13 | verizionwirelss.com | verizomwirelessringtones.com |
| | verizionwiresless.com | verizomwirelless.com |
| 14 | verizionwiress.com | verizomwirles.com |
| | verizionwiriless.com | verizomwirless.com |
| 15 | verizionwirless.com | verizomwirlesss.com |
| | verizionwirless.net | verizomworeless.com |
| 16 | verizionwirlessprepaidphones.com | verizomwrieless.com |
| | verizionwirlesss.com | verizon2verizon.com |
| 17 | verizionwirlless.com | verizon2wirelesspixs.com |
| | verizionwirreless.com | verizon88.com |
| 18 | verizionworeless.com | verizonaboutyou.com |
| | verizionwreless.com | verizonaccounts.com |
| 19 | verizionwrieless.com | verizonaccountsonline.com |
| | verizlon.com | verizonactivate.com |
| 20 | verizncellphones.com | verizonairlines.com |
| | veriznewireless.com | verizonal.com |
| 21 | verizno.net | verizonamail.com |
| | veriznon.com | verizonamil.com |
| 22 | veriznon.net | verizonampatheater.com |
| | veriznoncentral.net | verizonamphitheaterconcerts.com |
| 23 | veriznonwireless.com | verizonamplitheater.com |
| | veriznwierless.com | verizonantivirus.com |
| 24 | verizmwireles.com | verizonapplication.com |
| | veriznwirelessvip.com | verizonarcadegames.com |
| 25 | verizo0n.com | verizonawards.com |
| | verizo0n.net | verizonbestdeal.com |
| 26 | verizo9n.net | verizonbetterway.net |
| | verizoan.com | verizonbillingonline.com |
| 27 | verizobn.net | verizonbillwiew.com |
| | verizocenter.com | verizonbuines.com |
| 28 | verizohn.com | verizonbusinesss.com |

CHRISTIE, PARKER & HALE, LLP

| | | |
|---|---|---|
| 1 | verizonbusinessserservicecenter.com | verizonewireleespr.com |
| 2 | verizonbussines.com | verizonewirelesss.com |
| | verizonbussiness.net | verizoneworeless.com |
| 3 | verizoncarers.com | verizonextra.com |
| | verizoncarreers.com | verizonfamilyplans.com |
| 4 | verizoncellphonesforfree.com | verizonfiles.net |
| | verizoncelphone.com | verizonflix.com |
| 5 | verizoncenrtal.com | verizonfreecellphones.com |
| | verizoncenteral.net | verizonfreemusic.com |
| 6 | verizoncenterjobs.com | verizonfreeonlinegames.com |
| | verizoncenterl.com | verizonfreeringbacks.com |
| 7 | verizoncentermanchesternewhampshire.com | verizongamesondemand.net |
| | verizoncentralc.com | verizongold.com |
| 8 | verizoncentralemail.net | verizonhelpdesk.com |
| | verizoncentralhomepage.com | verizonhighspeeddsl.com |
| 9 | verizoncentralsharing.net | verizonhire.com |
| | verizoncentralverizon.net | verizonhomepaige.com |
| 10 | verizoncentreal.com | verizonhomephoneservice.com |
| | verizoncentrial.com | verizonhompage.com |
| 11 | verizoncentural.com | verizonhorizon.com |
| | verizoncetral.com | verizonhumanresources.com |
| 12 | verizoncetral.net | verizonimpluse.com |
| | verizoncheck-e-mail.net | verizoninternetexplorer.com |
| 13 | verizonchinese.com | verizoniob.com |
| | verizonchocolatecellphone.com | verizonireess.com |
| 14 | verizoncingular.com | verizonkrazer.com |
| | verizoncobile.com | verizonl.net |
| 15 | verizoncommunicatios.com | verizonlandline.com |
| | verizoncreditcadr.com | verizonlemars.com |
| 16 | verizoncustomercenter.com | verizonloginpage.com |
| | verizoncustomersuportservices.com | verizonmaikl.com |
| 17 | verizondal.com | verizonmailbox.com |
| | verizondlslinternet.com | verizonmediamanager.com |
| 18 | verizondlsstart.com | verizonmereless.com |
| | verizondominicanrepublic.com | verizonmessages.com |
| 19 | verizondownloads.com | verizonmicuenta.com |
| | verizondslbroadband.com | verizonmierless.com |
| 20 | verizondsldownload.com | verizonmirleless.com |
| | verizondslhomepae.com | verizonmoible.com |
| 21 | verizondslhomepe.com | verizonm-star.com |
| | verizondslonline.net | verizonmusica.com |
| 22 | verizonecellphones.com | verizonmusicandtones.com |
| | verizonegames.com | verizonmusicenter.com |
| 23 | verizoneirngbacktones.com | verizonmusiconcerts.com |
| | verizonemailandmore.com | verizonmybill.com |
| 24 | verizonemployee.com | verizonmypay.com |
| | verizonemployeebenefits.com | verizonmypic.com |
| 25 | verizonenespanol.com | verizonmyprepaidaccount.com |
| | verizonentral.net | verizonmypre-pay.com |
| 26 | verizoneringtones.com | verizonmyprepayaccount.com |
| | verizonerizonwirelss.com | verizonmytxt.com |
| 27 | verizoneroes.com | verizonne.com |
| | verizoneweless.com | verizonnetservices.net |
| 28 | verizonewierless.com | verizonnewphones.com |

CHRISTIE, PARKER & HALE, LLP

| | |
|---|---|
| verizono.net | verizonsupages.com |
| verizon-line.com | verizonswireless.com |
| verizononlinebilling.net | verizontheaters.com |
| verizononlinemail.com | verizontonez.com |
| verizononlinemail.net | verizontoolbar.com |
| verizononlne.com | verizontracker.com |
| verizononlone.com | verizonupdates.com |
| verizononwireless.com | verizonv-cast.com |
| verizonpage.com | verizonventral.net |
| verizonpay.com | verizonverizoncentral.net |
| verizonpayment.com | verizonviewbill.com |
| verizonpayment.net | verizonvzpix.com |
| verizon-payonline.com | verizonwairles.com |
| verizonpayroll.com | verizonwairless.com |
| verizonpc.com | verizonwareles.com |
| verizonperpay.com | verizonwareless.com |
| verizonperpey.com | verizonwebmaillogin.net |
| verizonpersonal.com | verizonwebpage.net |
| verizonphonenumber.com | verizonweiless.com |
| verizonphoneservices.com | verizonweirelss.com |
| verizonphons.com | verizonweless.com |
| verizonphotos.com | verizonwelless.com |
| verizonpicsplace.com | verizonwereles.com |
| verizonpicturemail.com | verizonwerelesmusic.com |
| verizonpis.com | verizonwerilees.com |
| verizonpix.net | verizonwerlis.com |
| verizonpixmessaging.com | verizonwiees.com |
| verizonpizplace.com | verizonwielerr.com |
| verizonpreaid.com | verizonwielesspr.com |
| verizonpre-paid.com | verizonwierelesspr.com |
| verizonpre-pay.com | verizonwierelss.com |
| verizonprepayaccount.com | verizonwierlerss.com |
| verizonprepayed.com | verizonwierlespr.com |
| verizonprepiad.com | verizonwierlessaccount.com |
| verizonpulse.com | verizonwierlesspr.com |
| verizonpx.com | verizonwierlerlessserviceprovider.com |
| verizonquick.net | verizonwierlesssurvey.com |
| verizonrazors.com | verizonwillerss.com |
| verizonreadsprogram.com | verizonwilres.com |
| verizonregister.com | verizonwir4eless.com |
| verizonregistration.com | verizonwirearless.com |
| verizonreless.com | verizonwirejess.com |
| verizonrigbacktones.com | verizonwirel4ess.com |
| verizonrinback.com | verizonwirelell.com |
| verizonringbcktones.com | verizonwirelesgetitnow.com |
| verizonrongtones.com | verizonwirelesl.com |
| verizonsave.com | verizonwirelesprepaid.com |
| verizonscam.com | verizonwirelesprepay.com |
| verizonsearch.com | verizonwirelespuertorico.com |
| verizonsellonemoe.com | verizonwireless22.net |
| verizonserviceaward.com | verizonwirelessabouyou.com |
| verizonservicerewards.com | verizonwirelessaccountonline.com |
| verizonsignin.com | verizonwirelessamieaerkc.com |
| verizonsmn.com | verizonwirelessampatheater.com |
| verizonstorelocator.com | verizonwirelessampetheater.com |

| | |
|---|---|
| 1 | verizonwirelessamph.com |
| 2 | verizonwirelessamphatheater.com |
| 3 | verizonwirelessamphtheatre.com |
| | verizonwirelessamplatheater.com |
| 4 | verizonwirelessarena.net |
| | verizonwirelessarena-nh.com |
| 5 | verizonwirelessbenefit.com |
| | verizonwirelessbill.com |
| 6 | verizonwirelesscalltones.com |
| | verizonwirelesscarrers.com |
| 7 | verizonwirelesschoclate.com |
| | verizonwirelesscoverage.com |
| 8 | verizonwirelesscustumerphonebook.com |
| | verizonwirelessdeluxe.com |
| 9 | verizonwirelessdirectory.com |
| | verizonwirelessdiscount.com |
| 10 | verizonwirelessdsp.com |
| | verizonwirelessdst.com |
| 11 | verizonwirelessedpr.com |
| | verizonwirelessespanol.com |
| 12 | verizonwirelessestore.com |
| | verizonwirelessgetbackupnow.com |
| 13 | verizonwirelessgetit.com |
| | verizonwirelessgetpix.com |
| 14 | verizonwirelessgophones.com |
| | verizonwirelesshighspeed.com |
| 15 | verizonwirelessinplus.com |
| | verizonwirelessinsurance.com |
| 16 | verizonwirelessinternational.com |
| | verizonwirelessjob.com |
| 17 | verizonwirelessjukebox.com |
| | verizonwirelesslogin.com |
| 18 | verizonwirelessmail.com |
| | verizonwirelessmediacenter.com |
| 19 | verizonwirelessmerrits.com |
| | verizonwirelessmusiccentre.com |
| 20 | verizonwirelessmypixplace.com |
| | verizonwirelessmyprepayaccount.com |
| 21 | verizonwirelessmypyctures.com |
| | verizonwirelessn.com |
| 22 | verizonwirelessnokia.com |
| | verizonwirelessnumber.com |
| 23 | verizonwirelessoc.com |
| | verizonwirelesspavilion.com |
| 24 | verizonwirelessphotos.com |
| | verizonwirelesspicplace.com |
| 25 | verizonwirelesspicsplace.com |
| | verizonwirelesspictureplace.com |
| 26 | verizonwirelessprepayaccount.com |
| | verizonwirelessrb.com |
| 27 | verizonwirelessrebats.com |
| | verizonwirelessrenew.com |
| 28 | verizonwirelessringbacktons.com |
| | verizonwirelessringbakctones.com |
| | verizonwirelessrintones.com |

verizonwirelessrvt.com
verizonwirelessservicecenter.com
verizonwirelessskins.com
verizonwirelesssurvery.com
verizonwirelesssurvet.com
verizonwirelesssurveys.com
verizonwirelesstestdrive.com
verizonwirelesstheatrehouston.com
verizonwirelesstones.com
verizonwirelessvalue.com
verizonwirelessvcastmusic.com
verizonwirelessviip.com
verizonwirelessvirginiabeachampitheater.com
verizonwirelessvtext.com
verizonwirelesswireless.com
verizonwirelesswpix.com
verizonwirelesvip.com
verizonwirelexss.com
verizonwirelgss.com
verizonwirellessrebates.com
verizonwirelrssmyprepaid.com
verizonwirelsscom.com
verizonwirelsse.com
verizonwirelssrebates.com
verizonwirelssringtones.com
verizonwirelssvip.com
verizonwirelwireless.com
verizonwirelwssringbacktones.com
verizonwirepix.com
verizonwirerelees.com
verizonwirereless.com
verizonwirerlesscenter.com
verizonwirerlesspr.com
verizonwirerlessprepaid.com
verizonwirerleswebsite.com
verizonwireslessupgrade.com
verizonwireson.com
verizonwiresssurvey.com
verizonwirlee.com
verizonwirleespr.com
verizonwirless22.com
verizonwirlessampitheater.com
verizonwirlesscenter.com
verizonwirlesscentre.com
verizonwirlessdiscounts.com
verizonwirlessfreeringtones.com
verizonwirlessmerits.com
verizonwirlessmusic.com
verizonwirlessmyprepaid.com
verizonwirlessphones.com
verizonwirlesspicsplace.com
verizonwirlessprepaid.com
verizonwirlessringtons.com
verizonwirlessryl.com

CHRISTIE, PARKER & HALE, LLP

| | Left column | Right column |
|---|---|---|
| 1 | verizonwirlesssurvey.com | verjizonwireless.com |
| | verizonwirlesstheater.com | veroizon.net |
| 2 | verizonwirlress.com | veroizonejobs.com |
| | verizonwirorless.com | veroizonmyprepay.com |
| 3 | verizonwirreles.com | verozone.com |
| | verizonwirwireless.com | verozonemail.net |
| 4 | verizonwirwlesspr.com | verozonmobile.com |
| | verizonwiselesspaybillonline.com | verozonphones.com |
| 5 | verizonworeles.com | verozonwireles.com |
| | verizonworelessringbacktones.com | verrizoncellphones.com |
| 6 | verizonwork.com | verrizoncentral.net |
| | verizonwreles.com | verrizonewireless.com |
| 7 | verizonwrielss.com | verrizonringbacktones.com |
| | verizonwrirless.com | verrizonwierless.com |
| 8 | verizonwurelss.com | verrizonwirelee.com |
| | verizonyahho.com | verrizonwirelesspr.com |
| 9 | verizonyahhoo.com | verrizonwirelessrenew.com |
| | verizonyahoobrowser.com | verrizonwirelessringbacktones.com |
| 10 | verizonyahoodsl.net | verrizonwirelesssurvey.com |
| | verizonyahooemaillogin.com | verrizonwirerless.com |
| 11 | verizonyellow.com | veruizon.com |
| | verizonyellowpadges.com | ververizonwireless.com |
| 12 | verizonzonwireless.com | vervzion.com |
| | verizooon.net | vervzon.net |
| 13 | verizoooon.net | veryzontelefon.com |
| | verizoowireless.com | veryzonwereles.com |
| 14 | verizornwireless.com | veryzonwierless.com |
| | verizostore.com | verzonbillpay.com |
| 15 | verizoswireless.com | verzoncareers.com |
| | verizoweirless.com | verzoncell.com |
| 16 | verizowereless.com | verzoncenter.com |
| | verizowieless.com | verzoncentral.net |
| 17 | verizowierless.com | verzonewiress.com |
| | verizowirelee.com | verzongames.com |
| 18 | verizowireles.com | verzonhome.com |
| | verizowirelessn.com | verzonhomepage.com |
| 19 | verizowirelrss.com | verzonnet.com |
| | verizowirelss.com | verzonpages.com |
| 20 | verizowirles.com | verzonpix.com |
| | verizowirwlws.com | verzonpixplace.com |
| 21 | verizowrieless.com | verzonwerless.com |
| | verizoz.net | verzonwierless.com |
| 22 | verizpncentral.net | verzonwirelees.com |
| | verizpnmaji.com | verzonwirelessphones.com |
| 23 | verizpnnet.com | verzonwirelesspr.com |
| | verizpnringbacktones.com | verzonwirelessprepay.com |
| 24 | verizpnwirerless.com | verzonwirelesss.com |
| | verizpnwirless.com | verzonwirelesssurvey.com |
| 25 | verizsonmyprepaidaccount.com | verzonwireless.com |
| | verizsonwireles.com | verzonwireloess.com |
| 26 | verizxon.net | verzonwirelss.com |
| | verizzon.net | verzonwreless.com |
| 27 | verizzonwierless.com | verzonwrireless.com |
| | verizzonwirless.com | vewrizonwireless.com |
| 28 | verizzonwirrelesspr.com | vherizonwireless.com |

vierizonsuperpages.com
vierizonwireless.com
vierizonwirless.com
virizoncellphone.com
virizoncellpnone.com
virizone.com
virizonmobile.com
virizonmobileusa.com
virizonn.com
virizonpaybill.com
virizonpixplace.com
virizonprepay.com
virizons.com
virizonstore.com
virizonusa.com
virizonvireless.com
virizonwirelees.com
virizonwireles.com
virizonwirelessarena.com
virizonwirelessjobs.com
virizonwirelessmusiccenter.com
virizonwirelessmyprepay.com
virizonwirelessprepaid.com
virizonwirelessrbt.com
virizonwirelessrebate.com
virizonwirelessringtones.com
virizonwirelesss.com
virizonwirelessstore.com
virizonwirelesssurvey.com
virizonwirelles.com
virizonwirelsess.com
virizonwirelwss.com
virizonwirerles.com
virizonwirleless.com
virizonwirlessmobile.com
virizonwirreless.com
virizonwirrles.com
virizonwirrless.com
virizonwirrlessampatheater.com
virizonwreles.com
visionverison.com
voerizonwireless.com
vorizonbroadband.com
vrerizon.net
vrerizoncentral.net
vrizon22.com
vrizoncareers.com
vrizoncellular.com
vrizoncentral.com
vrizoncentral.net
vrizone.net
vrizonhome.com
vrizonphone.com
vrizonphones.com
vrizonpr.com

vrizonprepaid.com
vrizonringbacktones.com
vrizonvireless.com
vrizonwirelessarena.com
vrizonwirerless.com
vrizonwirlessringbacktones.com
vserizon.com
vverison.com
vverizoniwrlesss.com
vwerizon.net
vwrizondirecttv.com
vwrizonwirelesssales.com
vwrizonwirless.com
werizonmail.com
werizonphones.com
werizonvirales.com
werizonvireles.com
werizonweireless.com
werizonwierless.com
werizonwirelessvip.com
werizonwirelss.com
werizonworeless.com
werizonwreless.com
wverisonwireless.com
wvrizon.com
wwverisonwireless.com
wwwberizon.com
wwwcerizon.com
wwwerizonmyaccount.com
wwwveizonwireless.com
wwwveriazon.com
wwwveriizon.net
wwwveriizonwireless.com
wwwverion.com
wwwverion.net
wwwverionwireless.com
wwwverixonwireless.com
wwwveriz0n.com
wwwverizin.com
wwwverizinwireless.com
wwwverizion.net
wwwverizonwirorlous.com
wwwverizn.net
wwwverizo.net
wwwverizomfreedomvalue.com
wwwverizondirectories.com
wwwverizonhome.com
wwwverizontext.com
wwwverizonwirelss.com
wwwveryzon.com
wwwverzon.net
wwwvirizon.com
wwwvirizonwireless.com
wwwvorizonwireless.com
wwwvrizonwireless.com

| | |
|---|---|
| wwwvverizonwireless.com | zerizonphones.com |
| yerizon.net | zerizonwireless.net |
| yerizonwireless.com | zerizonwirless.com |

(collectively, the "VERIZON Related Domain Names").

| | |
|---|---|
| 2vzw.com | vzmpix.com |
| 4wwwvzw.com | vzmpixplace.com |
| freevzwmessage.com | vzmprepay.com |
| freevzwmsg.com | vzmringbacktones.com |
| freevzwpix.com | vzmringtones.com |
| getitnowvzw.com | vzmshop.com |
| getnowvzwshop.com | vzmtext.com |
| mypixplacevzw.com | vzmtones.com |
| mypixvzw.com | vznavagater.com |
| myvzpics.com | vznavigation.com |
| myvzpixplace.com | vznchaperone.com |
| myvzprepay.com | vznpixz.com |
| myvzwaccount.com | vznprepayed.com |
| myvzwpics.com | vzntext.com |
| myvzwpix.com | vzntones.com |
| myvzwpixplace.com | vznwirless.com |
| myvzwprepay.com | vzpic.com |
| picturevzwpix.com | vzpicks.com |
| pixplacevzw.net | vzpicplace.com |
| pixvznw.com | vzpictureplace.com |
| pixvzw.net | vzpicx.com |
| prepaidvzw.com | vzpixmessage.com |
| productsvzw.com | vzpixplace.com |
| ringbacksvzw.com | vzpixsplace.com |
| ringbacktonesvzn.com | vzpixwix.com |
| ringbacktones-vzw.com | vzprepay.com |
| ringbacktonsvzw.com | vzqpics.com |
| ringtonevzw.com | vzringbacktones.com |
| search20vzw.com | vzrpic.com |
| search20vzwpix.com | vzrpixplace.com |
| searchvzw.com | vzrwireless.com |
| searchvzwpics.com | vzstore.com |
| searchvzwpix.com | vzswpix.com |
| supportvzm.com | vztexts.com |
| supportvzw.com | vztones.com |
| svzwpix.com | vztwpix.com |
| textvzw.com | vzvchaperone.com |
| tonesvzw.com | vzvpics.com |
| vvvzwpix.com | vzw22.com |
| vzactivation.com | vzw2g.com |
| vzbenifits.com | vzw2pix.com |
| vzcarrers.com | vzw3.com |
| vzcellphonesettlement.com | vzwaboutu.com |
| vzcentral.net | vzwaboutyou.com |
| vzcpix.com | vzwaboutyou.net |
| vzepixplace.com | vzwaccesspix.com |
| vzfflix.net | vzwacct.com |
| vzmmyprepay.com | vzwactivate.com |
| vzmovies.com | vzwactivateimpulse.com |

CHRISTIE, PARKER & HALE, LLP

| | | |
|---|---|---|
| 1 | vzw-activateimpulse.com | vzwjobs.com |
| | vzwactivateinpulse.com | vzwjuke.com |
| 2 | vzwactivateinpulse.com | vzwjukebox.com |
| | vzwactivation.com | vzwl.com |
| 3 | vzwallaccess.com | vzwless.com |
| | vzwbackupassistance.com | vzwlgchocolate.com |
| 4 | vzwbackupassistant.com | vzwmedia.com |
| | vzwbenedits.com | vzwmesseges.com |
| 5 | vzwbennifits.com | vzwmsg.com |
| | vzwblackberry.net | vzwmusicmanager.com |
| 6 | vzwbonousbuck.com | vzwmyperpaid.com |
| | vzwbonusbuck.com | vzwmypic.com |
| 7 | vzwcareer.com | vzwmypixplace.com |
| | vzwcarrers.com | vzwmyprepaid.com |
| 8 | vzwchaperon.com | vzwmyprepaidaccount.com |
| | vzwchocolate.com | vzwmyprepayaccount.com |
| 9 | vzwcore.com | vzwmyprepayed.com |
| | vzwdefaulttone.com | vzwmyringbackttones.com |
| 10 | vzwdiscount.com | vzwnpix.com |
| | vzwdiscounts.com | vzwopix.com |
| 11 | vzwebbenefits.com | vzwpcs.com |
| | vzwebvzwcorp.com | vzwphoes.com |
| 12 | vzwemployee.com | vzwphones.com |
| | vzwepix.com | vzwphoto.com |
| 13 | vzw-flix.com | vzwphotoablum.com |
| | vzwflixnpix.com | vzwphotos.com |
| 14 | vzwflixpix.com | vzwpicflix.com |
| | vzwflx.com | vzwpicks.com |
| 15 | vzw-free-msg.com | vzwpicplace.com |
| | vzwfreepics.com | vzwpics.net |
| 16 | vzwfreeringbacktones.com | vzwpicsplace.com |
| | vzwgetdiscounts.com | vzwpictureplace.com |
| 17 | vzwgetnow.com | vzwpictures.com |
| | vzwgetpix.com | vzwpicxflix.com |
| 18 | vzwgmaes.com | vzwpiix.com |
| | vzwgo.com | vzwpimp.com |
| 19 | vzwgopix.com | vzwpixd.com |
| | vzwgovtprogram.com | vzwpixflex.com |
| 20 | vzwhomepage.com | vzwpixflicks.com |
| | vzwhubs.com | vzwpix-flix.com |
| 21 | vzwhut.com | vzwpixi.com |
| | vzwierless.com | vzwpixic.com |
| 22 | vzwimpulse.com | vzwpixis.com |
| | vzwinpluse.com | vzwpixl.com |
| 23 | vzwinternational.com | vzwpixlogin.com |
| | vzwipix.com | vzwpixmessaging.com |
| 24 | vzwirelessphotos.com | vzwpixonline.com |
| | vzwirelesspic.com | vzwpixpace.com |
| 25 | vzwirelesspix.com | vzwpixpalace.com |
| | vzwirelesspixs.com | vzwpixplacce.com |
| 26 | vzwirelessrbt.com | vzw-pixplace.com |
| | vzwirelessringbacktones.com | vzwpix-place.com |
| 27 | vzwirelessringtones.com | vzw-pix-place.com |
| | vzwirles.com | vzwpixplacelogin.com |
| 28 | vzwjob.com | vzwpixplave.com |

CHRISTIE, PARKER & HALE, LLP

vzwpixplce.com
vzwpixsplace.com
vzwpixz.com
vzwpiz.com
vzwpizplace.com
vzwpizs.com
vzwplace.com
vzwplx.com
vzwppics.com
vzwprepay.com
vzwprepayaccount.com
vzwprepayed.com
vzwprepayphones.com
vzwpuix.com
vzwpxflx.com
vzwpxplace.com
vzwrbtone.com
vzwrbts.com
vzwrignbacktones.com
vzwrinback.com
vzwringback.com
vzwringbacks.com
vzwringbacktonez.com
vzwringbactones.com
vzwringtones.com
vzw-ringtones.com
vzwringtons.com
vzwshope.com
vzwsix.com
vzwskin.com
vzwspix.com
vzwszhop.com
vzwtex.com
vzwtextmessage.com
vzwtexts.com
vzwtines.com
vzwtix.com
vzwtoday.com

vzwtonedelux.com
vzwtonesdelux.com
vzwtonesdeluxe.com
vzwtunes.com
vzwvbenefits.com
vzwverison.com
vzwviewpics.com
vzwvip.com
vzwwirelesspix.com
vzwwpix.com
vzwwwpix.com
vzwzpix.com
vzxpics.com
vzxpixs.com
vzxringbacktones.com
vzxw.com
vzxwpix.com
vzypics.com
vzypix.com
vzzactivateinpulse.com
vzzpics.com
vzzwpics.com
vzzzzwpix.com
webmailvzw.com
wirelessvz.com
wwvzwpix.com
wwwmvzwpix.com
wwwringbacktonesvzw.com
wwwvznavigator.com
wwwvznpix.com
wwwvzwmyprepayed.com
wwwvzwpic.com
wwwvzwpixflix.com
wwwvzwpiz.com
wwwvzwpushtotalk.com
wwwvzwtones.com
wwwvzxpix.com
wwwwvzwpix.com

(collectively, the "VZ Related Domain Names").

activatemifios.net
fiops.com
fiosbundle.net
fiosbundleterms.com
fiosdz.com
fioshelpatverizon.com
fiosreferal.com
fiosrefferal.com
netfiosbundleterms.com

rfios.com
verisonfious.com
verizionfios.com
verizonfilos.com
verizonfois.net
verzionfios.net
virisonfios.com
vrrizonfios.com

(collectively, the "VERIZON FIOS Related Domain Names"). The VERIZON

Related Domain Names and the VZ Related Domain Names and the VERIZON

CHRISTIE, PARKER & HALE, LLP

FIOS Related Domain Names are collectively referred to as the "Infringing Domain Names." A printout of the whois ownership records for many of these domain names is attached to this Complaint as Exhibit 8.

56.     Plaintiffs are informed and believe and on that basis allege that many of the Infringing Domain Names were used by Defendants but then deleted within 5 days so that Defendants could receive a refund of Defendants' Internet domain name registration costs.

57.     Plaintiffs are informed and believe and on that basis allege that each of the VERIZON Related Domain Names is confusingly similar to the VERIZON Marks and the VZ Marks and that each of the VERIZON FIOS Related Domain Names is confusingly similar to the VERIZON FIOS Marks, the VZ Marks or the VERIZON Marks.

58.     Plaintiffs are informed and believe and on that basis allege that Defendants used the Infringing Domain Names to divert for commercial gain Internet users searching for the VERIZON Marks, the VZ Marks and the VERIZON FIOS Marks.

59.     Plaintiffs are informed and believe and on that basis allege that Defendants hosted a website at each of the Infringing Domain Names which displayed HTML links featuring advertisements for goods and services that are directly competitive with those sold or provided in connection with the VERIZON Marks, the VZ Marks or the VERIZON FIOS Marks. Printouts from the websites at many of the Infringing Domain Names are attached to this Complaint as Exhibit 9.

60.     Plaintiffs are informed and believe and on that basis allege that when Internet users clicked on one or more of the displayed HTML links on the website hosted at each of the Infringing Domain Names that Defendants received payments from one or more advertisers, search engines, or affiliate programs.

**Harm to Plaintiffs and the General Public**

CHRISTIE, PARKER & HALE, LLP

61.     Defendants' unauthorized registration and use of the Infringing Domain Names is likely to cause confusion, mistake, and deception as to the source or origin of the Infringing Domain Names, and is likely to falsely suggest a sponsorship, connection, license, or association of Defendants, and the Infringing Domain Names with Plaintiffs.

62.     Defendants' activities have irreparably harmed and, if not enjoined, will continue to irreparably harm Plaintiffs and the long-used and federally registered VERIZON Marks, VZ Marks and VERIZON FIOS Marks.

63.     Defendants' activities have irreparably harmed, and if not enjoined, will continue to irreparably harm the general public who has an inherent interest in being free from confusion, mistake, and deception.

## FIRST CAUSE OF ACTION

### [Cybersquatting on the VERIZON Marks, the VZ Marks and the VERIZON FIOS Marks Under 15 U.S.C. § 1125(d)]

64.     Plaintiffs reallege and incorporate by reference Paragraphs 1 through 63 as though fully set forth here.

65.     Plaintiffs are informed and believe and on that basis allege that Defendants registered and used the Infringing Domain Names.

66.     The VERIZON Marks, the VZ Marks and the VERIZON FIOS Marks were distinctive and federally registered at the USPTO at the time Defendants registered and used the Infringing Domain Names.

67.     The Infringing Domain Names are confusingly similar to the VERIZON Marks, the VZ Marks and the VERIZON FIOS Marks.

68.     Plaintiffs are informed and believe and on that basis allege Defendants registered, trafficked in, or used the Infringing Domain Names in bad faith and with a bad faith intent to profit from the goodwill long established by Plaintiffs in the VERIZON Marks, the VZ Marks and the VERIZON FIOS Marks.

CHRISTIE, PARKER & HALE, LLP

69. Defendants do not have any intellectual property rights or any other rights in the VERIZON Marks, the VZ Marks or the VERIZON FIOS Marks.

70. Plaintiffs are informed and believe and on that basis allege that none of the Infringing Domain Names consist of the legal name of any Defendants, nor a name that is otherwise commonly used to identify any Defendants.

71. Plaintiffs are informed and believe and on that basis allege that Defendants have not made any prior use of any of the Infringing Domain Names in connection with the *bona fide* offering of any goods or services.

72. Plaintiffs are informed and believe and on that basis allege that Defendants have not made any *bona fide* fair use of the VERIZON Marks, the VZ Marks or the VERIZON FIOS Marks on a website accessible under any of the Infringing Domain Names.

73. Plaintiffs are informed and believe and on that basis allege that Defendants registered and used the Infringing Domain Names to divert consumers from Verizon's website to a website accessible under the Infringing Domain Names for Defendants' commercial gain by creating a likelihood of confusion as to the source, sponsorship, affiliation, or endorsement of the website.

74. Defendants' registration, use, or trafficking in the Infringing Domain Names constitutes cybersquatting in violation of 15 U.S.C. § 1125(d), entitling Plaintiffs to relief.

75. By reason of Defendants' acts alleged herein, Plaintiffs' remedy at law is not adequate to compensate them for the injuries inflicted by Defendants. Accordingly, Plaintiffs are entitled to preliminary and permanent injunctive relief pursuant to 15 U.S.C. § 1116.

76. By reason of Defendants' acts alleged herein, Plaintiffs are entitled to recover Defendants' profits, actual damages and the costs of the action, or statutory damages under 15 U.S.C. § 1117, on election by Plaintiffs, in an amount of one hundred thousand dollars ($100,000) per domain name infringement.

CHRISTIE, PARKER & HALE, LLP

77.     This is an exceptional case making Plaintiffs eligible for an award of attorneys' fees under 15 U.S.C. § 1117.

## SECOND CAUSE OF ACTION

**[Trademark Infringement of the VERIZON Marks, the VZ Marks and the VERIZON FIOS Marks Under 15 U.S.C. § 1114(1)]**

78.     Plaintiffs reallege and incorporate by reference each of the allegations contained in Paragraphs 1 through 77 of this Complaint as though fully set forth here.

79.     Defendants' use in commerce of the VERIZON Marks, the VZ Marks, the VERIZON FIOS Marks and the Infringing Domain Names and the websites and advertisements displayed at the Infringing Domain Names, is likely to cause confusion, mistake, and to deceive.

80.     Defendants' use of the VERIZON Marks, the VZ Marks, the VERIZON FIOS Marks and the Infringing Domain Names is likely to cause initial interest confusion among the general public.

81.     The above-described acts of Defendants constitute trademark infringement in violation of 15 U.S.C. § 1114(1), entitling Plaintiffs to relief.

82.     Defendants have unfairly profited from the infringing actions alleged.

83.     By reason of Defendants' acts, Plaintiffs have suffered damage to the goodwill associated with the VERIZON Marks, the VZ Marks and the VERIZON FIOS Marks.

84.     Defendants' activities have irreparably harmed and, if not enjoined, will continue to irreparably harm Plaintiffs and their long-used and federally registered VERIZON Marks, the VZ Marks and the VERIZON FIOS Marks.

85.     Defendants' activities have irreparably harmed, and if not enjoined, will continue to irreparably harm the general public who has an interest in being free from confusion, mistake, and deception.

CHRISTIE, PARKER & HALE, LLP

86.　By reason of Defendants' acts, Plaintiffs' remedy at law is not adequate to compensate them for the injuries inflicted by Defendants. Accordingly, Plaintiffs are entitled to preliminary and permanent injunctive relief pursuant to 15 U.S.C. § 1116.

87.　By reason of Defendants' willful acts, Plaintiffs are entitled to damages, and that those damages be trebled under 15 U.S.C. § 1117.

88.　This is an exceptional case making Plaintiffs eligible for an award of attorneys' fees under 15 U.S.C. § 1117.

### THIRD CAUSE OF ACTION

**[False Designation of Origin of the VERIZON Marks, the VZ Marks and theVERIZON FIOS Marks Under 15 U.S.C. § 1125(a)]**

89.　Plaintiffs reallege and incorporate by reference each of the allegations contained in Paragraphs 1 through 88 of this Complaint as though fully set forth here.

90.　Defendants' use in commerce of the VERIZON Marks, the VZ Marks, the VERIZON FIOS Marks and the Infringing Domain Names is likely to cause confusion, or to cause mistake, or to deceive the relevant public that the Verizon Related Domain Names and the websites and advertisements displayed at the Verizon Related Domain Names are authorized, sponsored or approved by or are affiliated with Plaintiffs.

91.　Defendants' use of the VERIZON Marks, the VZ Marks, the VERIZON FIOS Marks and the Infringing Domain Names is likely to cause initial interest confusion among the general public.

92.　The above-described acts of Defendants constitute trademark infringement of the VERIZON Marks, the VZ Marks and the VERIZON FIOS Marks and false designation of origin in violation of 15 U.S.C. § 1125(a), entitling Plaintiffs to relief.

93.　Defendants have unfairly profited from the actions alleged.

CHRISTIE, PARKER & HALE, LLP

94. By reason of Defendants' acts alleged herein, Plaintiffs have suffered damage to the goodwill associated with the VERIZON Marks, the VZ Marks and the VERIZON FIOS Marks.

95. Defendants' activities have irreparably harmed and, if not enjoined, will continue to irreparably harm Plaintiffs and their long-used VERIZON Marks, VZ Marks and VERIZON FIOS Marks.

96. Defendants' activities have irreparably harmed, and if not enjoined, will continue to irreparably harm the general public who has an interest in being free from confusion, mistake, and deception.

97. By reason of Defendants' acts alleged herein, Plaintiffs' remedy at law is not adequate to compensate them for the injuries inflicted by Defendants. Accordingly, Plaintiffs are entitled to preliminary and permanent injunctive relief pursuant to 15 U.S.C. § 1116.

98. By reason of Defendants' willful acts, Plaintiffs are entitled to damages, and that those damages be trebled, under 15 U.S.C. § 1117.

99. This is an exceptional case making Plaintiffs eligible for an award of attorneys' fees under 15 U.S.C. § 1117.

## FOURTH CAUSE OF ACTION

### [Dilution of the VERIZON Marks Under 15 U.S.C. § 1125(c)]

100. Plaintiffs reallege and incorporate by reference each of the allegations contained in Paragraphs 1 through 99 of this Complaint as though fully set forth here.

101. The VERIZON Marks are famous, as that term is used in 15 U.S.C. § 1125(c), and were famous before Defendants' use of the VERIZON Marks and the VERIZON Related Domain Names in commerce, based on, among other things, the inherent distinctiveness and federal registration of the VERIZON Marks and the extensive, and exclusive nationwide use, advertising, promotion, and recognition of the and VERIZON Marks.

CHRISTIE, PARKER & HALE, LLP

102. Defendants' use of the VERIZON Marks and the VERIZON Related Domain Names in commerce is likely to cause dilution by blurring or dilution by tarnishment of the VERIZON Marks.

103. The above-described acts of Defendants constitute dilution by blurring and dilution by tarnishment in violation of 15 U.S.C. § 1125(c), entitling Plaintiffs to relief.

104. Defendants have unfairly profited from the actions alleged.

105. By reason of Defendants' acts, Plaintiffs have suffered damage to the goodwill associated with the VERIZON Marks and have suffered irreparable harm.

106. By reason of Defendants' acts, Plaintiffs' remedy at law is not Accordingly, Plaintiffs are entitled to preliminary and permanent injunctive relief pursuant to 15 U.S.C. § 1116.

107. By reason of Defendants' willful acts, Plaintiffs are entitled to damages, and that those damages be trebled, under 15 U.S.C. § 1117.

108. This is an exceptional case making Plaintiffs eligible for an award of attorneys' fees under 15 U.S.C. § 1117.

## FIFTH CAUSE OF ACTION

**[Trademark Infringement of the VERIZON Marks, the VZ Marks and the VERIZON FIOS Marks Under California Business & Professions Code § 14320 and California Common Law]**

109. Plaintiffs reallege and incorporate by reference each of the allegations contained in Paragraphs 1 through 108 of this Complaint as though fully set forth herein.

110. Defendants have used in commerce the VERIZON Marks, the VZ Marks, the VERIZON FIOS Marks and the Infringing Domain Names in connection with their business.

111. Defendants' use in commerce of the VERIZON Marks, the VZ

CHRISTIE, PARKER & HALE, LLP

Marks, the VERIZON FIOS Marks and the Infringing Domain Names in connection with Defendants' services is likely to cause confusion or mistake or to deceive as to the source of origin of those services.

112. The above-described acts of Defendants constitute trademark infringement in violation of California Business & Professions Code § 14320 and under the common law of the State of California, entitling Plaintiffs to relief.

113. Defendants have unfairly profited from the actions alleged herein.

114. By reason of Defendants' acts alleged herein, Plaintiffs have suffered damage to the goodwill associated with the VERIZON Marks, the VZ Marks and the VERIZON FIOS Marks and have suffered irreparable harm.

115. By reason of Defendants' acts alleged herein, Plaintiffs' remedy at law is not adequate to compensate them for the injuries inflicted by Defendants. Accordingly, Plaintiffs are entitled to preliminary and permanent injunctive relief pursuant to California Business & Professions Code § 14335.

## SIXTH CAUSE OF ACTION

### [Unfair Competition With Plaintiffs Under California Business & Professions Code § 17200 and California Common Law]

116. Plaintiffs reallege and incorporate by reference each of the allegations contained in Paragraphs 1 through 115 of this Complaint as though fully set forth herein.

117. Defendants have infringed the VERIZON Marks, the VZ Marks and the VERIZON FIOS Marks in violation of Plaintiffs' proprietary rights. Such acts constitute unfair trade practices and unfair competition under California Business and Professions Code §§ 17200 *et seq.*, and under the common law of the State of California, entitling Plaintiffs to relief.

118. Pursuant to California Business and Professions Code § 17203, Defendants are required to disgorge and restore to Plaintiffs all profits and property acquired by means of Defendants' unfair competition.

119.  Due to the conduct of Defendants, Plaintiffs have suffered irreparable harm, have suffered injury in fact and have lost money or property as a result of Defendants' acts of unfair business practices alleged herein. It would be difficult to ascertain the amount of money damages that would afford Plaintiffs adequate relief at law for Defendants' acts. Plaintiffs' remedy at law is not adequate to compensate Plaintiffs for the injuries inflicted by Defendants. Accordingly, Plaintiffs are entitled to preliminary and permanent injunctive relief pursuant to California Business and Professions Code § 17203.

120.  Plaintiffs are informed and believe and on that basis allege that Defendants' conduct has been intentional and willful and in conscious disregard of Plaintiffs' rights and, therefore, Plaintiffs are entitled to its attorneys' fees.

## REQUEST FOR RELIEF

Therefore, Plaintiffs respectfully request judgment as follows:

1.  That the Court enter a judgment that Defendants have:

(a)  violated the rights of Plaintiffs in the VERIZON Marks, the VZ Marks and the VERIZON FIOS Marks in violation of 15 U.S.C. § 1125(d);

(b)  infringed the rights of Plaintiffs in the VERIZON Marks, the VZ Marks and the VERIZON FIOS Marks in violation of 15 U.S.C. § 1114(1);

(c)  violated the rights of Plaintiffs in the VERIZON Marks, the VZ Marks and the VERIZON FIOS Marks in violation of 15 U.S.C. § 1125(a);

(d)  violated the rights of Plaintiffs in the VERIZON Marks in violation of 15 U.S.C. § 1125(c);

(e)  infringed the rights of Plaintiffs in the VERIZON Marks, the VZ Marks and the VERIZON FIOS Marks in violation of California Business and Professions Code § 14320; and

(f)  infringed the rights of Plaintiffs in the VERIZON Marks, the VZ Marks, and the VERIZON FIOS Marks in violation of California Business and Professions Code § 17200 and the common law;

2.    That Defendants be ordered to transfer every domain name they own which is identical or confusingly similar to the VERIZON Marks, the VZ Marks or the VERIZON FIOS Marks to Plaintiff Verizon Trademark Services;

3.    That Defendants, their agents, representatives, employees, assigns and suppliers, and all persons acting in concert or privity with Defendants be preliminarily and permanently enjoined from the following activities:

(a)    Registering or using, in any manner, any Internet domain name that incorporates, in whole or in part, the VERIZON Marks, the VZ Marks or the VERIZON FIOS Marks, or any name, mark or designation confusingly similar thereto;

(b)    Using any of the VERIZON Marks, the VZ Marks or the VERIZON FIOS Marks , or any other name, mark, designation or depiction in a manner that is likely to cause confusion regarding whether Defendants are affiliated or associated with or sponsored by Plaintiffs;

(c)    Registering any Internet domain name that incorporates, in whole or in part, the VERIZON Marks, the VZ Marks or the VERIZON FIOS Marks, or any name, mark or designation confusingly similar thereto;

(d)    Registering any domain name using an automated process;

(e)    Registering any domain name without providing complete and accurate contact information, including Defendants' full legal name as the registrant, and not maintaining complete and accurate contact information, including Defendants' full legal name as the registrant;

(f)    Practicing trademark infringement, trademark dilution, unfair competition, false designation of origin, passing off, false advertising, against Plaintiffs or misappropriation of Plaintiffs' trademark rights; and

(g)    Assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs 3(a) through 3(f) above;

CHRISTIE, PARKER & HALE, LLP

4. That Defendants be ordered to engage in corrective advertising to the extent necessary to correct any consumer confusion or misperceptions resulting from Defendants' unlawful acts complained of above;

5. That Defendants be ordered to account to Plaintiffs for, and disgorge, all profits they have derived by reason of the unlawful acts complained of above;

6. That Defendants be ordered to pay damages, and that those damages be trebled, under 15 U.S.C. § 1117;

7. That Defendants be ordered to pay statutory damages under 15 U.S.C. § 1117(d), on election by Plaintiffs, in an amount of One Hundred Thousand Dollars ($100,000) per domain name infringement;

8. That Defendants be ordered to pay Plaintiffs' reasonable attorney fees, prejudgment interest, and costs of this action under 15 U.S.C. § 1117 and under California Business and Professions Code § 17200, and under the California common law;

9. That Defendants be ordered to file with the Court and serve upon Plaintiffs a written report under oath setting forth in detail the manner and form in which Defendants have complied with the injunction and judgment within thirty (30) days after the service of the injunction and judgment upon Defendants; and

10. That Plaintiffs be awarded such other relief as may be appropriate.

CHRISTIE, PARKER & HALE, LLP


DATED: April 14, 2008     By _____
                              David J. Steele
                              Howard A. Kroll
                              Attorneys for Plaintiffs
                              VERIZON CALIFORNIA INC.
                              VERIZON TRADEMARK SERVICES LLC
                              VERIZON LICENSING COMPANY

## DEMAND FOR TRIAL BY JURY

Plaintiffs, VERIZON CALIFORNIA INC., VERIZON TRADEMARK SERVICES LLC, and VERIZON LICENSING COMPANY, hereby demand a trial by jury to decide all issues so triable in this case.

CHRISTIE, PARKER & HALE, LLP

DATED: April 14, 2008

By _____
David J. Steele
Howard A. Kroll
Attorneys for Plaintiffs
VERIZON CALIFORNIA INC.
VERIZON TRADEMARK SERVICES LLC
VERIZON LICENSING COMPANY

AFB IRV1112735.3-*-04/14/08 4:00 PM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Audrey B. Collins and the assigned discovery Magistrate Judge is Charles Eick.

The case number on all documents filed with the Court should read as follows:

## CV08- 2463 ABC (Ex)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| **[X] Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | **[_] Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | **[_] Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

David J. Steele, CA Bar No. 209797
Howard A. Kroll, CA Bar No. 100981
CHRISTIE, PARKER & HALE, LLP
3501 Jamboree Road, Suite 6000 - North Tower
Newport Beach, CA 92660
Tel.: (949) 476-0757

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Verizon California Inc.; Verizon Trademark Services LLC; and Verizon Licensing Company, <br><br> PLAINTIFF(S) <br><br> v. <br><br> Navigation Catalyst Systems, Inc.; and Basic Fusion, Inc., <br><br> DEFENDANT(S). | CASE NUMBER <br><br> **CV08-02463 ABC (Ex)** <br><br> **SUMMONS** |

TO:    DEFENDANT(S):  Navigation Catalyst Systems, Inc. and Basic Fusion, Inc.

   A lawsuit has been filed against you.

   Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney,  David J. Steele and Howard A. Kroll , whose address is  Christie, Parker & Hale, LLP, 3501 Jamboree Rd., Ste. 6000, Newport Beach, CA 92660 . If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:  APR 1 5 2008

By: _____

**ROLLS ROYCE PASCHAL**

Deputy Clerk

*(Seal of the Court)*    1144

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)<br><br>VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY | **DEFENDANTS**<br><br>NAVIGATION CATALYST SYSTEMS, INC.; and BASIC FUSION, INC. |
| **(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):<br>Ventura County | County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only): |
| **(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>David J. Steele, SBN 209797; Howard A. Kroll, SBN 100981<br>CHRISTIE, PARKER & HALE, LLP<br>3501 Jamboree Road, Suite 6000 - North Tower<br>Newport Beach, CA 92660      Tel. (949) 476-0757 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify):    ☐ 6 Multi-District Litigation    ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☒ No     ☒ **MONEY DEMANDED IN COMPLAINT:** $ To be determined at trial

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. § 1125(d) - Cybersquatting; 15 U.S.C. § 1114(1) - Trademark Infringement; 15 U.S.C. § 1125(a) - False Designation of Origin ; and 15 U.S.C. § 1125(c) - Dilution

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS<br>PERSONAL INJURY | TORTS<br>PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 830 Patent |
| ☐ 850 Securities/Commodities /Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☒ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No   ☐ Yes

If yes, list case number(s):

| | |
|---|---|
| **FOR OFFICE USE ONLY:**   Case Number:    **CV08-02463 ABC (Ex)** | |

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

### AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☑No ☐ Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.

Verizon California Inc. - Ventura County
Verizon Trademark Services LLC - Virginia
Verizon Licensing Company - Virginia

List the California County, or State if other than California, in which **EACH** named defendant resides. (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.

Navigation Catalyst System, Inc. - Los Angeles County
Basic Fusion, Inc. - Los Angeles County

**List the California County,** or State if other than California, in which **EACH** claim arose. (Use an additional sheet if necessary)
**Note:** In land condemnation cases, use the location of the tract of land involved.

Ventura County, Los Angeles County, and Virginia

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____  Date _____ April 14, 2008

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |