| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER |
|---|
| David J. Steele, CA Bar No. 209797 <br> Howard J. Kroll, CA Bar No. 100981 <br> CHRISTIE, PARKER & HALE, LLP <br> 3501 Jamboree Road <br> Suite 6000 - North Tower <br> Newport Beach, CA 92660 <br> (949) 476-0757 |

ATTORNEYS FOR: Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY

Plaintiff(s),

v.

NAVIGATION CATALYST SYSTEMS, INC.; and BASIC FUSION, INC.,

Defendant(s).

CASE NUMBER

**CV08-02463 ABC (Ex)**

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for _____ PLAINTIFFS _____ (or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Verizon California Inc. | Plaintiff |
| Verizon Trademark Services LLC | Plaintiff |
| Verizon Licensing Company | Plaintiff |
| Navigation Catalsyst Systems, Inc. | Defendant |
| Basic Fusion, Inc. | Defendant |

4/14/08
Date

Sign

David J. Steele, Attorney of record
Attorney of record for or party appearing in pro per

NOTICE OF INTERESTED PARTIES

CV-30 (12/03)