DAVID J. STEELE, CA Bar No. 209797
Email: david.steele@cph.com
CHRISTIE, PARKER & HALE, LLP
3501 Jamboree Road, Suite 6000-North Tower
Newport Beach, CA 92660
Telephone: (949) 476-0757
Facsimile: (949) 476-8640

HOWARD A. KROLL, CA Bar No. 100981
Email: howard.kroll@cph.com
CHRISTIE, PARKER & HALE, LLP
350 W. Colorado Boulevard, Suite 500
Pasadena, CA 91105
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

JOHN THORNE (*pro hac vice* pending):
Email: john.thorne@verizon.com
VERIZON CORPORATE SERVICES GROUP INC.
SARAH B. DEUTSCH (*pro hac vice* pending)
Email: sarah.b.deutsch@verizon.com
VERIZON CORPORATE SERVICES CORP.
1515 North Court House Road, Suite 500
Arlington, VA 22201
Telephone: (703) 351-3044
Facsimile: (703) 351-3670

Attorneys for Plaintiffs
VERIZON CALIFORNIA INC.
VERIZON TRADEMARK SERVICES LLC
VERIZON LICENSING COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY,<br><br>   Plaintiffs,<br><br>  vs.<br><br>NAVIGATION CATALYST SYSTEMS, INC.; and BASIC FUSION, INC.,<br><br>   Defendants. | Case No.  CV08-02463 ABC (Ex)<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiffs make the following statements:

Verizon California Inc. is a wholly owned subsidiary of GTE Corporation, a New York corporation, with a principal business address in New York, New York. GTE Corporation is an indirect wholly owned subsidiary of Verizon Communications Inc., a publicly traded company and a Delaware corporation, with a principal business address in New York, New York. No publicly held corporation owns 10% or more of the stock of Verizon Communications Inc.

Verizon Trademark Services LLC's sole member is Verizon Communications Inc., a publicly traded company and a Delaware corporation, with a principal business address in New York, New York. No publicly held corporation owns 10% or more of the stock of Verizon Communications Inc.

Verizon Licensing Company is a wholly owned subsidiary of Verizon Communications Inc., a publicly traded company and a Delaware corporation with a principal business address in New York, New York. No publicly held corporation owns 10% or more of the stock of Verizon Communications Inc.

CHRISTIE, PARKER & HALE, LLP

DATED: April 14, 2008    By _____
David J. Steele
Howard A. Kroll
Attorneys for Plaintiffs
VERIZON CALIFORNIA INC.
VERIZON TRADEMARK SERVICES LLC
VERIZON LICENSING COMPANY

LLB IRV1112779.1-*-04/14/08 1:08 PM