# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER:

PLAINTIFF(S)

v.

**NOTICE OF MANUAL FILING**

DEFENDANT(S).

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**


**Document Description:**

☐  Administrative Record

☐  Exhibits

☐  Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☐  Other

**Reason:**

☐  Under Seal

☐  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐  Electronic versions are not available to filer

☐  Per Court order dated _____

☐  Manual Filing required (*reason*):

_____          _____
Date                                                                                      Attorney Name

                                                                                           _____
                                                                                           Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (02/08)                                        **NOTICE OF MANUAL FILING**

# CERTIFICATE OF SERVICE

I certify that on May 1, 2008, I electronically filed the document described as **NOTICE OF MANUAL FILING (Applications of Non-Resident Attorney to Appear in a Specific Case for John Thorne and Sarah B. Deutsch)** with the Clerk of the Court using the CM/ECF system. I further certify that I have mailed a true copy of the above document via U.S. Mail, postage prepaid, to the non-CM/ECF participants (Agent for Service of Process for Defendants) addressed as follows:

>Paracorp, Incorporated
>2804 Gateway Oaks Drive
>Suite 200
>Sacramento, CA  95833

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Dated: May 1, 2008                    /s/ Linda Bolter