**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| PLAINTIFF(S) | CASE NUMBER: |
| v. | |
| DEFENDANT(S). | **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☐ Other

**Reason:**

☐ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

_____
Date

_____
Attorney Name

_____
Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

Dockets.Justia.com

**CERTIFICATE OF SERVICE**

I certify that on May 1, 2008, I electronically filed the document described as **NOTICE OF MANUAL FILING (Applications of Non-Resident Attorney to Appear in a Specific Case for John Thorne and Sarah B. Deutsch)** with the Clerk of the Court using the CM/ECF system. I further certify that I have mailed a true copy of the above document via U.S. Mail, postage prepaid, to the non-CM/ECF participants (Agent for Service of Process for Defendants) addressed as follows:

Paracorp, Incorporated
2804 Gateway Oaks Drive
Suite 200
Sacramento, CA  95833

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Dated:  May 1, 2008          ___/s/ Linda Bolter_____