David J. Steele, CA Bar No. 209797
Howard A. Kroll, CA Bar No. 100981
CHRISTIE, PARKER & HALE, LLP
3501 Jamboree Road, Suite 6000 - North Tower
Newport Beach, CA 92660
Tel. 949-476-0757; Fax 949-476-8640



FILED
CLERK, U.S. DISTRICT COURT
MAY - 5 2008
CENTRAL DISTRICT OF CALIFORNIA
BY D.A. DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERIZON CALIFORNIA INC., et al.,<br>Plaintiff(s)<br>v.<br>NAVIGATION CATALYST SYSTEMS, INC., et al.,<br>Defendant(s). | CASE NUMBER<br>CV-08-2463-ABC (Ex)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of **Sarah B. Deutsch**,
*Applicant's Name*

of Verizon Corporate Services Corp., 1515 North Court House Road, Suite 500, Arlington, VA 22201
*Firm Name / Address*

(703) 351-3044                              sarah.b.deutsch@verizon.com
*Telephone Number*                          *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff  ☐ Defendant

Verizon California Inc., et al.

and the designation of **David J. Steele, SBN 209797**
*Local Counsel Designee /State Bar Number*

of Christie, Parker & Hale, LLP, 3501 Jamboree Road, Suite 6000 - North Tower, Newport Beach, CA 92660
*Local Counsel Firm / Address*

(949) 476-0757                              david.steele@cph.com
*Telephone Number*                          *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☑ GRANTED
☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated  5-5-08                               AUDREY COLLINS
                                            U. S. District Judge/U.S. Magistrate Judge

G-64 ORDER (01/08)        ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE