Name and address

David J. Steele, CA Bar No. 209797
Howard A. Kroll, CA Bar No. 100981
CHRISTIE, PARKER & HALE, LLP
3501 Jamboree Road, Suite 6000 - North Tower
Newport Beach, CA 92660
Tel. 949-476-0757; Fax 949-476-8640

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| VERIZON CALIFORNIA INC., et al., | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV-08-2463-ABC (Ex) |
| v. | |
| NAVIGATION CATALYST SYSTEMS, INC., et al., | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

NOTICE: Effective June 1, 2004, the fee for *Pro Hac Vice* Appearance is $185.00 for **each case** application. Please submit the fee with your application. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required.

I, _____ John Thorne _____, hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff  ☐ Defendant:
_____ Verizon California Inc., et al. _____ by whom I have been retained.

My *out-of-state* business information is as follows:

Verizon Corporate Services Group Inc.
*Firm Name*

1515 North Court House Road, Suite 500
*Street Address*

Arlington, VA 22201                         john.thorne@verizon.com
*City, State, Zip*                          *E-Mail Address*

(703) 351-3044                              (703) 351-3670
*Telephone Number*                          *Fax Number*

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date of Admission |
|---|---|
| U.S. Supreme Court | 12/03/1990 |
| D.C. District Court | 11/05/1990 |
| District of Columbia | 11/17/1989 |
| Illinois | 11/05/1981 |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

PAID MAY - 2 2008

Dockets.Justia.com

I have concurrently, or within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions:

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| CV-07-1732-SVW-JC | Verizon v. Maltuzi | April 11, 2007 | Granted |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate _____David J. Steele_____ as local counsel, whose business information is as follows:

Christie, Parker & Hale, LLP
*Firm Name*
3501 Jamboree Road, Suite 6000 - North Tower
*Street Address*
Newport Beach, CA 92660     david.steele@cph.com
*City, State, Zip*           *E-Mail Address*
(949) 476-0757              (949) 476-8640
*Telephone Number*           *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence.

Dated     4/23/08

John Thorne
*Applicant's Name (please print)*

*[signature]*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel.

Dated     5/01/08

David J. Steele
*Designee's Name (please print)*

/s/David J. Steele
*Designee's Signature*

SBN 209797
*Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**

# CERTIFICATE OF SERVICE

I certify that on May 1, 2008, pursuant to Federal Rules of Civil Procedure, a true and correct copy of the foregoing document described as **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE (John Thorne)** was served on the parties in this action by First Class Mail, postage prepaid, addressed as follows:

> Paracorp, Incorporated
> 2804 Gateway Oaks Drive
> Suite 200
> Sacramento, CA 95833

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on May 1, 2008 at Newport Beach, California.

*Linda Bolter* (signature)
Linda Bolter

CHRISTIE, PARKER & HALE, LLP