David J. Steele, CA Bar No. 209797
Howard A. Kroll, CA Bar No. 100981
CHRISTIE, PARKER & HALE, LLP
3501 Jamboree Road, Suite 6000 - North Tower
Newport Beach, CA 92660
Tel. 949-476-0757; Fax 949-476-8640

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERIZON CALIFORNIA INC., et al., <br> Plaintiff(s) <br> v. <br> NAVIGATION CATALYST SYSTEMS, INC., et al., <br> Defendant(s). | CASE NUMBER <br> CV-08-2463-ABC (Ex) <br><br> ORDER ON <br> APPLICATION OF NON-RESIDENT ATTORNEY <br> TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of __John Thorne__,
*Applicant's Name*

of __Verizon Corporate Services Group Inc., 1515 North Court House Road, Suite 500, Arlington, VA 22201__
*Firm Name / Address*

__(703) 351-3044__                           __john.thorne@verizon.com__
*Telephone Number*                           *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☒ Plaintiff   ☐ Defendant

__Verizon California Inc., et al.__

and the designation of __David J. Steele, SBN 209797__
*Local Counsel Designee /State Bar Number*

of __Christie, Parker & Hale, LLP, 3501 Jamboree Road, Suite 6000 - North Tower, Newport Beach, CA 92660__
*Local Counsel Firm / Address*

__(949) 476-0757__                           __david.steele@cph.com__
*Telephone Number*                           *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED
☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated __5/2/08__                           _/s/ Audrey B. Collins_
                                            U. S. District Judge/U.S. Magistrate Judge