**DAVID J. STEELE, CA Bar No. 209797**
Email: david.steele@cph.com
**CHRISTIE, PARKER & HALE, LLP**
3501 Jamboree Road, Suite 6000-North Tower
Newport Beach, CA 92660
Telephone: (949) 476-0757
Facsimile: (949) 476-8640

**HOWARD J. KROLL, CA Bar No. 100981**
Email: howard.kroll@cph.com
**CHRISTIE, PARKER & HALE, LLP**
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California 91109-7068
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

**JOHN THORNE (*pro hac vice* pending)**
Email: john.thorne@verizon.com
**VERIZON CORPORATE SERVICES GROUP INC.**
**SARAH B. DEUTSCH (*pro hac vice* pending)**
**VERIZON CORPORATE SERVICES CORP.**
1515 North Court House Road, Suite 600
Arlington, VA 22201
Telephone: (703) 351-3044
Facsimile: (703) 351-3670

Attorneys for Plaintiffs
VERIZON CALIFORNIA INC.
VERIZON TRADEMARK SERVICES INC.
VERIZON LICENSING COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; AND VERIZON LICENSING COMPANY,<br><br>            Plaintiff,<br><br>     vs.<br><br>NAVIGATION CATALYST SYSTEMS, INC.; AND BASIC FUSION, INC.,<br><br>            Defendants. | Case No. CV08-02463 ABC (Ex)<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT NAVIGATION CATALYST, INC.**<br><br>Hon. Audrey B. Collins |

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| David J. Steele, Esq.<br>CHRISTIE PARKER HALE<br>3501 JAMBOREE ROAD, NO. TOWER<br>NEWPORT BEACH CA 92660 | (949) 476-0757<br><br>Suite 6000<br>Ref. No. or File No.:<br>v268:70.386 | |
| ATTORNEY FOR (Name): PLAINTIFF | | |

Insert name of court and name of judicial district and branch court if any:
UNITED STATES DISTRICT COURT CENTRAL DISTRICT, CALIFORNIA

PLAINTIFF:  VERIZON CALIFORNIA v. NAVIGATION CATALYST SYSTEMS
DEFENDANT:

| PROOF OF SERVICE<br>SUMMONS AND COMPLAINT | HEARING DATE: | HEARING TIME: | DEPT./DIV.: | CASE NUMBER:<br>CV08-02463 ABC (Ex) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action, and **I served copies** of the (specify documents):
Summons & Complaint
See Attached List of All Documents Served

2. By delivery at :
   a. Address, City, State
   2804 GATEWAY OAKS DRIVE, SUITE 200, SACRAMENTO, CALIFORNIA 95833

3. On (date and time)
   (a) on (date): 4/23/2008    (b) at (time): 2;11 PM

4. In the COUNTY OF Sacramento, STATE OF CALIFORNIA, on the within named entity:
   Name of Business: NAVIGATION CATALYST SYSTEMS, INC.

5. By delivering to and leaving with (name of person served with documents on behalf of business, who was authorized to accept service:
   Name and Title or Description: Linda Tran, Paracorp Inc., Registered Agents for Service of Process

6. Copies of the documents listed under 1, above, were mailed to the party named under 4 in a sealed envelope, by first-class mail, postage prepaid, as follows:
   Name:
   Address:

7. Person serving (name, address and telephone No.):
Darin Fain
O.C. CORPORATE COURIER, INC
18103 SKYPARK S. STE. B
IRVINE, CA 92614
949-474-9000

a. **Fee** for service: $25.00
b. [ ] Not a registered California process server.
c. [ ] Exempt from registration under B&P § 22350(b).
d. [X] Registered California process server.
   (1) [X] Employee or independent contractor
   (2) Registration No.:
   (3) County

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 4/24/2008

_____
(SIGNATURE)

PROOF OF SERVICE    NIA v. NAVIGATION CATALYST SYSTEMS
SUMMONS AND COMPLAINT

United States District Court
Central District of California - Western Division
Case No. CV-08-02463 ABC (Ex)

List of Document Served on Each Defendant
(Navigation Catalyst Systems, Inc. and Basic Fusion, Inc.)

1. Complaint with Exhibits 1-9

2. Summons

3. Civil Cover Sheet

4. Report on the Filing or Determination of an Action Regarding a Patent or Trademark (AO-120)

5. Certification and Notice of Interested Parties (Local Rule 7.1-1)

6. Corporate Disclosure Statement

7. Notice of Assignment to United States Magistrate Judge for Discovery (CV-18)

8. USDC Central District of California "Clerk's Office Services for Attorneys and the General Public"

9. USDC Central District of California "Mandatory Civil and Criminal Electronic Filing"

10. USDC Central District of California "Notice to Counsel" (CV-20)

11. USDC Central District of California "Civility and Professionalism Guidelines"

12. USDC Central District of California Optical Scanning Enrollment/Update Form (G76)