MICHAEL G. KING (SBN 145477)
mking@hgla.com
JANICE M. KROLL (SBN 189975)
jmkroll@hgla.com
**HENNELLY & GROSSFELD LLP**
4640 Admiralty Way, Suite 850
Marina del Rey, CA 90292
Tel: (310) 305-2100; Fax: (310) 305-2116

Brett E. Lewis, Pro Hac Vice (Pending)
Brett@LewisHand.com
**LEWIS & HAND, LLP**
45 Main Street, Suite 818
Brooklyn, NY 11201
Tel: (718) 243-9325; Fax: (718) 243-9326

Attorneys for Defendants
NAVIGATION CATALYST SYSTEMS, INC., and
BASIC FUSION, INC.,

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> NAVIGATION CATALYST SYSTEMS, INC.; and BASIC FUSION, INC., <br><br> Defendants. | Case No. CV-08-02463 ABC (Ex) <br><br> Assigned to Judge Audrey B. Collins <br> Magistrate Judge Charles Eick <br> Courtroom 680 <br><br> **CORPORATE DISCLOSURE STATEMENT FOR NAVIGATION CATALYST SYSTEMS, INC. AND BASIC FUSION, INC.** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendants make the following statements:

Navigation Catalyst Systems, Inc. and Basic Fusion, Inc. are both wholly-owned subsidiaries of Firstlook, Inc. Firstlook, Inc. is a wholly-owned subsidiary of Connexus Corporation.

///

---
1
CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS

No publicly-held corporation owns ten percent (10%) or more of the stock of Connexus Corporation.

The undersigned, counsel of record for Navigation Catalyst Systems, Inc. and Basic Fusion, Inc., certifies that no other party has a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

DATED: May 15, 2008

By: /s/ Michael King / EG
MICHAEL G. KING
JANICE M. KROLL
HENNELLY & GROSSFELD LLP
Attorneys for Defendants
NAVIGATION CATALYST SYSTEMS, INC., and BASIC FUSION, INC.

BRETT E. LEWIS
LEWIS & HAND, LLP
(Pending *Pro Hac Vice*)
Attorneys for Defendants
NAVIGATION CATALYST SYSTEMS, INC., and BASIC FUSION, INC.