Name and address
Michael G. King, Esq. SBN 145477
Janice M. Kroll, Esq. SBN 189975
HENNELLY & GROSSFELD LLP
4640 Admiralty Way, Suite 850
Marina del Rey, CA 90292
Tel: (310) 305-2100; Fax: (310) 305-2116
E-Mail: mking@hgla.com / jmkroll@hgla.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

VERIZON CALIFORNIA INC., VERIZON TRADEMARK SERVICES LLC, et al.
Plaintiff(s)

v.

NAVIGATION CATALYST SYSTEMS, INC., and BASIC FUSION, INC.,
Defendant(s).

CASE NUMBER
2:08-CV-02463-ABC (Ex)

APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

NOTICE: Effective June 1, 2004, the fee for *Pro Hac Vice* Appearance is $185.00 for **each case** application. Please submit the fee with your application. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required.

I, BRETT E. LEWIS (New York State Bar No. BL6812), hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant: Navigation Catalyst Systems Inc./Basic Fusion Inc. by whom I have been retained.

My *out-of-state* business information is as follows:

LEWIS & HAND, LLP
*Firm Name*
45 Main Street, Suite 818
*Street Address*
Brooklyn, New York 11201
*City, State, Zip*
(718) 243-9323
*Telephone Number*

Brett@lewishand.com
*E-Mail Address*
(718) 243-9326
*Fax Number*

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date of Admission |
|---|---|
| First Department of New York | May 3, 1999 |
| U.S. Distsrict Court / Southern Disctrict of New York | March 1, 2002 |
| U.S. Distsrict Court / Eastern Disctrict of New York | December 17, 1999 |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

I have concurrently, or within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions:

| Case Number | Title of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:


I designate _____ Michael G. King _____ as local counsel, whose business information is as follows:

Hennelly & Grossfeld LLP
*Firm Name*
4640 Admiralty Way #850
*Street Address*
Marina Del Rey, CA, 90292         mking@hgla.com
*City, State, Zip*                *E-Mail Address*
310-305-2100                      310-305-2116
*Telephone Number*                *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence.

Dated  5/15/08                    Brett E. Lewis
                                  *Applicant's Name (please print)*
                                  [signature]
                                  *Applicant's Signature*

I hereby consent to the foregoing designation as local counsel.

Dated  5/13/08                    Michael G. King
                                  *Designee's Name (please print)*
                                  [signature]
                                  *Designee's Signature*
                                  145477
                                  *Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**