Verizon California Inc. et al v. Navigation Catalyst Systems, Inc. et al.    Doc. 18

05/15/08 THU 11:13 FAX 3103052118    Hennelly & Grossfeld LLP    ☒002

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Michael G. King (SBN 145477)
EM: mking@hgla.com
Janice M. Kroll (SBN 189975)
EM: jmkroll@hgla.com
HENNELLY & GROSSFELD LLP
4640 Admiralty Way, Suite 850
Marina del Rey, CA 90292
Tel: (310) 305-2100; Fax: (310) 305-2116

ATTORNEYS FOR: Navigation Catalyst Systems and Basic Fusion

FILED
2008 MAY 15 PM 12:21
CLERK US DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

VERIZON CALIFORNIA INC.; VERIZON
TRADEMARK SERVICES LLC; and VERIZON
LICENSING COMPANY
                    Plaintiff(s),
            v.
NAVIGATION CATALYST SYSTEMS, INC.; and
BASIC FUSION, INC.
                    Defendant(s).

CASE NUMBER
CV-08-02463-ABC (Ex)

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Defendants NAVIGATION CATALYST SYSTEMS, INC. and BASIC FUSION (or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

PARTY                                            CONNECTION
(List the names of all such parties and identify their connection and interest.)

Navigation Catalyst Systems, Inc.        Defendant
Basic Fusion, Inc.                       Defendant
Verizon California Inc.                  Plaintiff
Verizon Trademark Services LLC           Plaintiff
Verizon Licensing Company                Plaintiff

5/15/08                          /s/ Michael G. King /EG
Date                             Sign

Michael G. King, attorney of record for defendants
Attorney of record for or party appearing in pro per

NOTICE OF INTERESTED PARTIES
CV-30 (12/03)