Michael G. King, Esq.  SBN 145477
Janice M. Kroll, Esq.  SBN 189975
HENNELLY & GROSSFELD LLP
4640 Admiralty Way, Suite 850
Marina del Rey, CA 90292
Tel:  (310) 305-2100; Fax: (310) 305-2116
E-Mail:  mking@hgla.com   /   jmkroll@hgla.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERIZON CALIFORNIA INC., VERIZON TRADEMARK SERVICES LLC and VERIZON LICENSING COMPANY,<br><br>Plaintiff(s)<br><br>v.<br><br>NAVIGATION CATALYST SYSTEMS, INC, and BASIC FUSION, INC.,<br><br>Defendant(s). | CASE NUMBER<br><br>**2:08-CV-02463-ABC (Ex)**<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of     **BRETT E. LEWIS**
*Applicant's Name*

of  LEWIS & HAND, LLP, 45 Main Street, Suite 818, Brooklyn, New York  11201
*Firm Name / Address*

   (718) 243-9323                                                           *Brett@lewishand.com*
*Telephone Number*                                                          *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of   ☐ Plaintiff     X Defendants

NAVIGATION CATALYST SYSTEMS, INC. and BASIC FUSION, INC.

and the designation of MICHAEL G. KING, ESQ. (SBN 145477) and JANICE M. KROLL (SBN 189975)
*Local Counsel Designee /State Bar Number*

of HENNELLY & GROSSFELD LLP, 4640 Admiralty Way, Suite 850, Marina del Rey, CA 90292
*Local Counsel Firm / Address*

   (310) 305-2100                                                           mking@hgla.com  / jmkroll@hgla.com
*Telephone Number*                                                          *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED

☐ DENIED.  Fee, if paid, shall be returned by the Clerk.

Dated    5/20/08                                                     */s/ Audrey B. Collins*

U. S. District Judge/U.S. Magistrate Judge

G–64 ORDER (01/08)        **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**