Verizon California Inc. et al v. Navigation Catalyst Systems, Inc. et al.  Doc. 20

05/15/08 THU 11:13 FAX 3103052118    Hennelly & Grossfeld LLP    ☒002

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Michael G. King (SBN 145477)
EM: mking@hgla.com
Janice M. Kroll (SBN 189975)
EM: jmkroll@hgla.com
HENNELLY & GROSSFELD LLP
4640 Admiralty Way, Suite 850
Marina del Rey, CA 90292
Tel: (310) 305-2100; Fax: (310) 305-2116

ATTORNEYS FOR: Navigation Catalyst Systems and Basic Fusion

FILED 2008 MAY 15 PM 12:21 CLERK US DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

VERIZON CALIFORNIA INC.; VERIZON
TRADEMARK SERVICES LLC; and VERIZON
LICENSING COMPANY
                                    Plaintiff(s),
            v.
NAVIGATION CATALYST SYSTEMS, INC.; and
BASIC FUSION, INC.
                                    Defendant(s)

CASE NUMBER
CV-08-02463-ABC (Ex)

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Defendants NAVIGATION CATALYST SYSTEMS, INC. and BASIC FUSION (or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Navigation Catalyst Systems, Inc. | Defendant |
| Basic Fusion, Inc. | Defendant |
| Verizon California Inc. | Plaintiff |
| Verizon Trademark Services LLC | Plaintiff |
| Verizon Licensing Company | Plaintiff |

5/15/08
Date

Sign /s/ Michael G. King /EG

Michael G. King, attorney of record for defendants
Attorney of record for or party appearing in pro per

NOTICE OF INTERESTED PARTIES
CV-30 (12/03)