**DAVID J. STEELE, CA Bar No. 209797**
Email: david.steele@cph.com
**CHRISTIE, PARKER & HALE, LLP**
3501 Jamboree Road, Suite 6000-North Tower
Newport Beach, CA 92660
Telephone: (949) 476-0757
Facsimile: (949) 476-8640

**HOWARD A. KROLL, CA Bar No. 100981**
Email: howard.kroll@cph.com
**CHRISTIE, PARKER & HALE, LLP**
350 W. Colorado Boulevard, Suite 500
Pasadena, CA 91105
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

**JOHN THORNE (admitted *pro hac vice*)**
Email: john.thorne@verizon.com
**VERIZON CORPORATE SERVICES GROUP INC.**
**SARAH B. DEUTSCH (admitted *pro hac vice*)**
Email: sarah.b.deutsch@verizon.com
**VERIZON CORPORATE SERVICES CORP.**
1515 North Court House Road, Suite 500
Arlington, VA 22201
Telephone: (703) 351-3044
Facsimile: (703) 351-3670

Attorneys for Plaintiffs
VERIZON CALIFORNIA INC.
VERIZON TRADEMARK SERVICES LLC
VERIZON LICENSING COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>NAVIGATION CATALYST SYSTEMS, INC.; and BASIC FUSION, INC.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV 08-02463 ABC (Ex)<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>DATE: June 30, 2008<br>TIME: 10:00 a.m.<br>CTRM: 680<br><br>**HON. AUDREY B. COLLINS** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on June 30, 2008 at 10:00 a.m., or as soon thereafter as this matter may be heard, in Courtroom 680 of the United States District Court for the Central District of California, Western Division, located at 255 East Temple Street, Los Angeles, California 90012 before the Honorable Audrey B. Collins, Plaintiffs Verizon California Inc., Verizon Trademark Services LLC, and Verizon Licensing Company (collectively "Plaintiffs") will bring on for hearing their Motion for a Preliminary Injunction.

Plaintiffs will move and hereby do move this Court, pursuant to Rule 65 of the Federal Rules of Civil Procedure, for an order preliminarily enjoining Defendants Navigation Catalyst Systems, Inc. and Basic Fusion, Inc. and their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of the preliminary injunction order, from:

1. Registering or using any domain name that is identical or confusingly similar to the trade names and trademarks VERIZON, VERIZON WIRELESS, VZ, VZACCESS, VZEMAIL, VZGLOBAL, VZVOICE, VZW, FIOS, VERIZON FIOS;

2. Registering any domain name using an automated process; and

3. Assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs 1 and 2, above.

This Motion is based upon the accompanying Memorandum of Points and Authorities, the Declarations of Anne F. Bradley and Janis M. Manning, the

///
///
///

CHRISTIE, PARKER & HALE, LLP

complete record of this action and such other and further oral and documentary evidence as may be submitted in connection with this Motion.

DATED: June 9, 2008

Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

By /s/David J. Steele
David J. Steele

Attorney for Plaintiffs
VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY

LLB IRV1114122.1-*-06/9/08 3:13 PM

CHRISTIE, PARKER & HALE, LLP