| | |
|---|---|
| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER<br>David J. Steele, CA Bar No. 209797<br>Howard J. Kroll, CA Bar No. 100981<br>CHRISTIE, PARKER & HALE, LLP<br>3501 Jamboree Road<br>Suite 6000 - North Tower<br>Newport Beach, CA  92660<br>(949) 476-0757<br><br>ATTORNEYS FOR:  Plaintiffs | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY<br>Plaintiff(s),<br>v.<br>NAVIGATION CATALYST SYSTEMS, INC.; and BASIC FUSION, INC.,<br>Defendant(s) | CASE NUMBER<br>CV08-02463 ABC (Ex)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:  THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for _____ PLAINTIFFS _____
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.  (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Verizon California Inc. | Plaintiff |
| Verizon Trademark Services LLC | Plaintiff |
| Verizon Licensing Company | Plaintiff |
| Navigation Catalsyst Systems, Inc. | Defendant |
| Basic Fusion, Inc. | Defendant |

4/14/08                                    /s/ D_____
Date                                       Sign

David J. Steele, Attorney of record
Attorney of record for or party appearing in pro per

NOTICE OF INTERESTED PARTIES

CV-30 (12/03)