AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **Central District of California** on the following ☐ Patents or ☑ Trademarks:

| DOCKET NO.<br>CV08-02463 ABC (Ex) | DATE FILED | U.S. DISTRICT COURT Central District of California |
|---|---|---|
| PLAINTIFF<br>Verizon California Inc.;Verizon Trademark Services LLC; and Verizon Licensing Company | | DEFENDANT<br>Navigation Catalyst Systems, Inc.; and Basic Fusion, Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2,879,802 | 8/31/2004 | Verizon Trademark Services LLC |
| 2 | 2,884,027 | 9/14/2004 | Verizon Trademark Services LLC |
| 3 | 2,886,813 | 9/21/2004 | Verizon Trademark Services LLC |
| 4 | 2,973,811 | 7/19/2005 | Verizon Trademark Services LLC |
| 5 | 2,973,813 | 7/19/2005 | Verizon Trademark Services LLC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy       Page 1 of 3

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Central District of California__ on the following ☐ Patents or ☑ Trademarks:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT Central District of California |
|---|---|---|
| PLAINTIFF<br><br>Verizon California Inc.; Verizon Trademark Services LLC; and Verizon Licensing Company | | DEFENDANT<br><br>Navigation Catalyst Systems, Inc.; and Basic Fusion, Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2,973,814 | 7/19/2005 | Verizon Trademark Services LLC |
| 2 | 3,001,081 | 9/27/2005 | Verizon Trademark Services LLC |
| 3 | 3,064,237 | 2/28/2006 | Verizon Trademark Services LLC |
| 4 | 3,077,269 | 4/4/2006 | Verizon Trademark Services LLC |
| 5 | 3,077,271 | 4/4/2006 | Verizon Trademark Services LLC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy    Page 2 of 3

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Central District of California__ on the following ☐ Patents or ☑ Trademarks:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT Central District of California |
|---|---|---|
| PLAINTIFF<br>Verizon California Inc.; Verizon Trademark Services LLC; and Verizon Licensing Company | | DEFENDANT<br>Navigation Catalyst Systems, Inc.; and Basic Fusion, Inc. |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  3,083,568 | 4/18/2006 | Verizon Trademark Services LLC |
| 2  3,085,712 | 4/25/2006 | Verizon Trademark Services LLC |
| 3  3,147,510 | 9/26/2006 | Verizon Trademark Services LLC |
| 4  3,319,338 | 10/23/2007 | Verizon Trademark Services LLC |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |  |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|  |  |  |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy    Page 3 of 3