MICHAEL G. KING (SBN 145477)
mking@hgla.com
JANICE M. KROLL (SBN 189975)
jmkroll@hgla.com
HENNELLY & GROSSFELD LLP
4640 Admiralty Way, Suite 850
Marina del Rey, CA 90292
Tel: (310) 305-2100; Fax: (310) 305-2116

BRETT E. LEWIS, *Pro Hac Vice*
Brett@LewisHand.com
LEWIS & HAND, LLP
45 Main Street, Suite 818
Brooklyn, NY 11201
Tel: (718) 243-9325; Fax: (718) 243-9326

Attorneys for Defendants
NAVIGATION CATALYST SYSTEMS, INC., and
BASIC FUSION, INC.,

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>NAVIGATION CATALYST SYSTEMS, INC.; and BASIC FUSION, INC.,<br><br>Defendants. | Case No. 2:08-CV-02463 ABC (Ex)<br><br>Assigned to Judge Audrey B. Collins<br>Magistrate Judge Charles Eick<br>Courtroom 680<br><br>**AFFIDAVIT OF MATT WROCK IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

## AFFIDAVIT OF MATT WROCK

STATE OF CALIFORNIA   )
                      ) ss:
COUNTY OF RIVERSIDE   )

Dockets.Justia.com

I, MATT WROCK, being duly sworn, depose and state under penalty of perjury:

1. I am employed as the Vice President of Technology at Firstlook, Inc. ("Firstlook"). Firstlook, is the parent corporation of both Navigation Catalyst Systems, Inc. ("Navigation") and Basic Fusion Inc. ("Basic Fusion").

2. I directed Donnie Misino, a Software Architect of Domain Purchasing at Firstlook, to create a program that iterates through a list of domain names, automating the act of entering the name in a browser's address box and then takes a screen shot after the page loads in the browser (the "Program").

3. I oversaw the employment of the Program to use on a computer that uses Verizon as its Internet Service Provider.

4. We used the Program to generate typos of famous brands that Verizon monetizes through paid advertising links. The Program generated approximately 200,000 of Verizon parked pages of links, monetizing traffic for famous brands. Of those 6,000 pages, we randomly selected approximately 100 of Verizon's parked pages, true and correct copies of which are attached hereto as Exhibit A. The remainder, of the 6,000 pages (approx.), are available upon request.

I swear the foregoing to be true under penalty of perjury under the laws of the United States of America on the _16_ day of June, 2008 in _CORUNA_, California.

_____
Matt Wrock

Sworn to before me on this
_10TH_ day of _JUNE_, 2008

_____
Notary Public



JACQUELINE MENDOZA
Commission # 1782674
Notary Public - California
Riverside County
My Comm. Expires Nov 30, 2011