1  MICHAEL G. KING (SBN 145477)
   mking@hgla.com
2  JANICE M. KROLL (SBN 189975)
   jmkroll@hgla.com
3  HENNELLY & GROSSFELD LLP
   4640 Admiralty Way, Suite 850
4  Marina del Rey, CA 90292
   Tel: (310) 305-2100; Fax: (310) 305-2116
5

6  BRETT E. LEWIS, *Pro Hac Vice*
   Brett@LewisHand.com
7  LEWIS & HAND, LLP
   45 Main Street, Suite 818
8  Brooklyn, NY 11201
   Tel: (718) 243-9325; Fax: (718) 243-9326
9

   Attorneys for Defendants
10 NAVIGATION CATALYST SYSTEMS, INC., and
   BASIC FUSION, INC.,
11

12

13                 UNITED STATES DISTRICT COURT

14         FOR THE CENTRAL DISTRICT OF CALIFORNIA

15                       WESTERN DIVISION

16  VERIZON CALIFORNIA INC.;          Case No. 2:08-CV-02463 ABC (Ex)
    VERIZON TRADEMARK SERVICES
17  LLC; and VERIZON LICENSING        Assigned to Judge Audrey B. Collins
    COMPANY,                          Magistrate Judge Charles Eick
18                                     Courtroom 680
                          Plaintiffs,
19      vs.

20  NAVIGATION CATALYST             AFFIDAVIT OF MATT WROCK IN
    SYSTEMS, INC.; and BASIC FUSION, SUPPORT OF DEFENDANT'S
21  INC.,                            OPPOSITION TO PLAINTIFF'S
                                     MOTION FOR PRELIMINARY
22                        Defendants. INJUNTION

23

24

25                    __AFFIDAVIT OF MATT WROCK__

26  STATE OF CALIFORNIA      )
27                           ) ss:
    COUNTY OF RIVERSIDE      )
28

Dockets.Justia.com

I, MATT WROCK, being duly sworn, depose and state under penalty of perjury:

    1.     I am employed as the Vice President of Technology at Firstlook, Inc. ("Firstlook"). Firstlook, is the parent corporation of both Navigation Catalyst Systems, Inc. ("Navigation") and Basic Fusion Inc. ("Basic Fusion").

    2.     I directed Donnie Misino, a Software Architect of Domain Purchasing at Firstlook, to create a program that iterates through a list of domain names, automating the act of entering the name in a browser's address box and then takes a screen shot after the page loads in the browser (the "Program").

    3.     I oversaw the employment of the Program to use on a computer that uses Verizon as its Internet Service Provider.

    4.     We used the Program to generate typos of famous brands that Verizon monetizes through paid advertising links. The Program generated approximately 200,000 of Verizon parked pages of links, monetizing traffic for famous brands. Of those 6,000 pages, we randomly selected approximately 100 of Verizon's parked pages, true and correct copies of which are attached hereto as Exhibit A. The remainder, of the 6,000 pages (approx.), are available upon request.

I swear the foregoing to be true under penalty of perjury under the laws of the United States of America on the _16_ day of June, 2008 in _CORUNA_, California.



Matt Wrock

Sworn to before me on this
_10TH_ day of _JUNE_, 2008

Notary Public

JACQUELINE MENDOZA
Commission # 1782674
Notary Public - California
Riverside County
My Comm. Expires Nov 30, 2011