MICHAEL G. KING (SBN 145477)
mking@hgla.com
JANICE M. KROLL (SBN 189975)
jmkroll@hgla.com
HENNELLY & GROSSFELD LLP
4640 Admiralty Way, Suite 850
Marina del Rey, CA 90292
Tel: (310) 305-2100; Fax: (310) 305-2116

BRETT E. LEWIS, (*Pro Hac Vice*)
Brett@LewisHand.com
LEWIS & HAND, LLP
45 Main Street, Suite 818
Brooklyn, NY 11201
Tel: (718) 243-9325; Fax: (718) 243-9326

Attorneys for Defendants
NAVIGATION CATALYST SYSTEMS, INC., and
BASIC FUSION, INC.,

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY,<br><br>Plaintiffs,<br><br>Vs.<br><br>NAVIGATION CATALYST SYSTEMS, INC.; and BASIC FUSION, INC.,<br><br>Defendants. | Case No. CV 08-2463 ABD (Ex)<br><br>**DECLARATION OF ROBERT P. JOHNSON, IN SUPPORT OF MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>DATE: June 30, 2008<br>TIME: 10:00 a.m.<br>CTRM: 680<br><br>HON. AUDREY B. COLLINS |

# DECLARATION OF ROBERT P. JOHNSON

I, ROBERT P. JOHNSON, an attorney at law, duly admitted to practice before the courts of the State of New York, declare under penalty of perjury in accordance with 28 U.S.C. §1746:

1. I am an associate at the law firm of Lewis & Hand, LLP, counsel for Defendants in the above-captioned action and I am not a party to this action. The following information is attested to based upon my personal knowledge and upon review of the appropriate business records.

2. The following documents, attached hereto, are referenced in Defendant's Memorandum of Points and Authorities in Opposition to Motion for Preliminary Injunction, which I personally retrieved and printed or caused to be retrieved and printed:

    a. A true and correct printout of *Verizon Overrides Internet Searches with Its Own Results: Web search "tinkering" raises net neutrality concerns*, Martin Bosworth, Consumer Reports at http://www.consumeraffairs.com/news/04/2007/11/verizon_search.html (last visited June 13, 2008) is attached hereto as Exhibit A.

    b. A true and correct printout of *Monetizing Disorder*, Professor Susan Crawford, blog posting dated November 5, 2007 at http://scrawford.net/blog/monetizing-disorder/1042 (last visited June 13, 2008) is attached hereto as Exhibit B.

    c. A true and correct printout of *404 might be found: the curious case of DNS redirects,* David Chartier, Ars Technica dated Feb. 13, 2008 at http://arstechnica.com/news.ars/ (last visited June 12, 2008) is attached hereto as Exhibit C.

    d. A true and correct printout of *Dubious Domain Name Dealings*, Alissa Cooper, Center for Democracy & Technology at

http://blog.cdt.org/2007/11/30/dubious-domain-name-dealings/ (last visited June 15, 2008) is attached hereto as Exhibit D.

e. True and correct copies of printouts of *Companies join the ranks of big corporations redirecting "error" traffic*, Domain Name Wire dated February 9, 2008 at http://domainnamewire.com/2008/02/09/time-warner-yahoo-team-up-to-cybersquat/ (last visited June 15, 2008) and *About Domain Name Wire*, Domain Name Wire dated March 8, 2005 at http://domainnamewire.com/about/ (last visited June 15, 2008) are attached hereto as Exhibit E.

f. A true and correct printout of *Verizon Spreading DNS Redirection Service*, CircleID dated November 5, 2007 at http://www.circleid.com/posts/print/verizon_dns_redirection/ (last visited June 15, 2008) is attached hereto as Exhibit F.

g. A true and correct printout of comments from *Monetizing Disorder*, Professor Susan Crawford, blog posting dated November 5, 2007 at http://scrawford.net/blog/monetizing-disorder/1042 (last visited June 13, 2008) is attached hereto as Exhibit G.

h. A true and correct printout of *Verizon v. Navigation Catalyst Systems*, Adam Strong, Domain Name News dated May 27, 2008 available at http://www.domainnamenews.com/tag/george-kirikos (last visited on June 12, 2008) is attached hereto as Exhibit H.

i. A true and correct printout of *Communications company will have to defend its DNS wildcarding practices*, Domain Name Wire dated May 27, 2008 at http://domainnamewire.com/2008/05/27/verizon-sued-over-error-redirects/#comments (last visited June 15, 2008) is attached hereto as Exhibit I.

j. A true and correct printout of *Verizon Online to Trial New Web Search Service to Reduce Error Messages from Mistyped Queries and Help

*Customers Quickly Reach their Desired Destination*, Verizon Central Announcements available at http://netservices.verizon.net/portal/link/main/announcement?linkflag=guestonly_noregion&id=web_search (last visited June 13, 2008) is attached hereto as Exhibit J.

k. A true and correct printout of *SiteFinder redux? Verizon tests DNS redirect service*, Jacqui Cheng, Ars Technica dated June 21, 2007 is available at http://arstechnica.com/news.ars/post/20070621-sitefinder-redux-verizon-tests-dns-redirect-service.html (last visited on June 21, 2008) is attached hereto as Exhibit K.

l. A true and correct printout of *Opting out of DNS Assistance*, Verizon Central Help available at http://netservices.verizon.net/portal/link/help/item?case=dns_assist&partner=verizon&product=fios (last visited June 15, 2008) is attached hereto as Exhibit L.

m. A true and correct printout of *HOWTO Disable the Verizon FiOS Domain Name Ad Redirect*, Lenny Domnitser, Domnit.org at http://domnit.org/verizon (last visited June 12, 2008) is attached hereto as Exhibit M.

n. A true and correct printout of *When Monetizing ISP Traffic Goes Horribly Wrong*, Brian Krebs, Washington Post at http://blog.washingtonpost.com/securityfix/2008/04/when_monetizing_isp_traffic_go.html (last visited June 15, 2008) is attached hereto as Exhibit N.

o. A true and correct printout of *Verizon Redirects Typo Traffic to its Own Search Service*, Om Malik, GIGAOM, http://gigaom.com/2007/11/04/verizon-redirects-typo-traffic-to-its-own-

search-service/ (last visited June 15, 2008) is attached hereto as Exhibit O.

p. A true and correct printout of *Verizon defends redirecting typo traffic*, Network World at http://www.networkworld.com/news/2007/110907-verizon-redirects.html (last visited June 15, 2008) is attached hereto as Exhibit P.

q. A true and correct printout of *Verizon Gets Evil-er*, ClickZ at http://blog.clickz/com/071211-102810.html (last visited June 15, 2008) is attached hereto as Exhibit Q.

r. True and correct printouts of *ICANN .com Registry Agreement (signed 25 May 2001)* at http://www.icann.org/tlds/agreements/verisign/com-index-25may01.htm (last visited June 15, 2008) and *ICANN Revised VeriSign Registry Agreements: Appendix C (posted 16 April 2001)* at http://www.icann.org/tlds/agreements/verisign/registry-agmt-appc-16apr01.htm (last visited June 15, 2008) are attached hereto as Exhibit R.

s. A true and correct printout of *ICANN Registrar Accreditation Agreement (17 May 2001) (Additional appendices posted on 2002-2006)* at http://www.icann.org/registrars/ra-agreement-17may01.htm (last visited June 13, 2008) is attached hereto as Exhibit S.

I declare under penalty of perjury under the laws of the United Sates of America that the foregoing is true and correct.

Exccecuted this 15th day of June in Brooklyn, New York.

Robert P. Johnson

5