# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-2463-ABC(RZx) | Date | June 30, 2008 |
|---|---|---|---|
| Title | Verizon California, Inc., et al -vs- Navigation Catalyst Systems, Inc. | | |

| Present: The Honorable | AUDREY B. COLLINS | |
|---|---|---|
| Daphne Alex | Katherine Stride | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                       Attorneys Present for Defendants:

David J. Steele; Howard A. Kroll                               Brett Lewis

**Proceedings:**         Plaintiff's motion for preliminary injunction

Motion granted in part and denied in part.

: 16

Initials of Preparer   DA

Dockets.Justia.com