DAVID J. STEELE, CA Bar No. 209797
Email: david.steele@cph.com
CHRISTIE, PARKER & HALE, LLP
3501 Jamboree Road, Suite 6000-North Tower
Newport Beach, CA 92660
Telephone: (949) 476-0757
Facsimile: (949) 476-8640

HOWARD A. KROLL, CA Bar No. 100981
Email: howard.kroll@cph.com
CHRISTIE, PARKER & HALE, LLP
350 W. Colorado Boulevard, Suite 500
Pasadena, CA 91105
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

JOHN THORNE (Admitted *pro hac vice*):
Email: john.thorne@verizon.com
VERIZON CORPORATE SERVICES GROUP INC.
SARAH B. DEUTSCH (Admitted *pro hac vice*)
Email: sarah.b.deutsch@verizon.com
VERIZON CORPORATE SERVICES CORP.
1515 North Court House Road, Suite 500
Arlington, VA 22201
Telephone: (703) 351-3044
Facsimile: (703) 351-3670

Attorneys for Plaintiffs
VERIZON CALIFORNIA INC.
VERIZON TRADEMARK SERVICES LLC
VERIZON LICENSING COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>NAVIGATION CATALYST SYSTEMS, INC.; and BASIC FUSION, INC.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV 08-02463 ABC (Ex)<br><br>**NOTICE OF SETTLEMENT PROCEDURE SELECTION**<br><br>HON. AUDREY B. COLLINS |

-1-

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE THAT pursuant to Local Rules 16-15 and 16-15.4, Plaintiffs Verizon California Inc., Verizon Trademark Services LLC, and Verizon Licensing Company and Defendants Navigation Catalyst Systems, Inc. and Basic Fusion, Inc., through their counsel of record, select settlement procedure No. 3. |

CHRISTIE, PARKER & HALE, LLP

DATED: July 2, 2008

By _/s/ David J. Steele_
David J. Steele
Howard A. Kroll

Attorneys for Plaintiffs
VERIZON CALIFORNIA INC.
VERIZON TRADEMARK SERVICES LLC
VERIZON LICENSING COMPANY

LEWIS AND HAND LLP

DATED: July 2, 2008

By _/s/ Brett E. Lewis_
Brett E. Lewis

Attorneys for Defendant
NAVIGATION CATALYST SYSTEMS, INC.
BASIC FUSION, INC.

AFB IRV1114605.1-*-07/2/08 12:56 PM