**1**  DAVID J. STEELE, CA Bar No. 209797
Email: david.steele@cph.com
**2**  CHRISTIE, PARKER & HALE, LLP
3501 Jamboree Road, Suite 6000-North Tower
**3**  Newport Beach, CA 92660
Telephone: (949) 476-0757
**4**  Facsimile: (949) 476-8640

**5**  HOWARD A. KROLL, CA Bar No. 100981
Email: howard.kroll@cph.com
**6**  CHRISTIE, PARKER & HALE, LLP
350 W. Colorado Boulevard, Suite 500
**7**  Pasadena, CA 91105
Telephone: (626) 795-9900
**8**  Facsimile: (626) 577-8800

**9**  JOHN THORNE (Admitted *pro hac vice*):
Email: john.thorne@verizon.com
**10** VERIZON CORPORATE SERVICES GROUP INC.
SARAH B. DEUTSCH (Admitted *pro hac vice*)
**11** Email: sarah.b.deutsch@verizon.com
VERIZON CORPORATE SERVICES CORP.
**12** 1515 North Court House Road, Suite 500
Arlington, VA 22201
**13** Telephone: (703) 351-3044
Facsimile: (703) 351-3670

Attorneys for Plaintiffs
VERIZON CALIFORNIA INC.
VERIZON TRADEMARK SERVICES LLC
VERIZON LICENSING COMPANY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>NAVIGATION CATALYST SYSTEMS, INC.; and BASIC FUSION, INC.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV 08-02463 ABC (Ex)<br><br>**STIPULATION TO CONTINUE PRETRIAL/SCHEDULING CONFERENCE**<br><br>*Currently Scheduled for:*<br>　DATE: August 11, 2008<br>　TIME: 10:00 a.m.<br>　CTRM: 680<br><br>*Proposed:*<br>　DATE: September 8, 2008<br>　TIME: 10:00 a.m.<br>　CTRM: 680<br><br>**HON. AUDREY B. COLLINS** |

| | |
|---|---|
| 1 | The Court previously set a Pretrial/Scheduling Conference in this matter for August 11, 2008. |
| 2 | |

The Court previously set a Pretrial/Scheduling Conference in this matter for August 11, 2008.

Due to pre-existing scheduling conflicts, Plaintiffs VERIZON CALIFORNIA INC., VERIZON TRADEMARK SERVICES LLC, and VERIZON LICENSING COMPANY, and Defendants NAVIGATION CATALYST SYSTEMS, INC., and BASIC FUSION, INC. hereby stipulate and request, through their attorneys of record, that the conference be continued until September 8, 2008 at 10:00 a.m.

**SO STIPULATED:**

CHRISTIE, PARKER & HALE, LLP

DATED: July 18, 2008     By /s/ David J. Steele
                         David J. Steele
                         Howard A. Kroll

Attorneys for Plaintiffs
VERIZON CALIFORNIA INC.
VERIZON TRADEMARK SERVICES LLC
VERIZON LICENSING COMPANY

LEWIS AND HAND LLP

DATED: July 18, 2008     By /s/ Brett E. Lewis
                         Brett E. Lewis

Attorneys for Defendants
NAVIGATION CATALYST
  SYSTEMS, INC.
BASIC FUSION, INC.

LLB IRV1114837.1-*-07/18/08 2:30 PM