**DAVID J. STEELE, CA Bar No. 209797**
Email: david.steele@cph.com
**CHRISTIE, PARKER & HALE, LLP**
3501 Jamboree Road, Suite 6000-North Tower
Newport Beach, CA 92660
Telephone: (949) 476-0757
Facsimile: (949) 476-8640

**HOWARD A. KROLL, CA Bar No. 100981**
Email: howard.kroll@cph.com
**CHRISTIE, PARKER & HALE, LLP**
350 W. Colorado Boulevard, Suite 500
Pasadena, CA 91105
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

**JOHN THORNE (Admitted *pro hac vice*):**
Email: john.thorne@verizon.com
**VERIZON CORPORATE SERVICES GROUP INC.**
**SARAH B. DEUTSCH (Admitted *pro hac vice*)**
Email: sarah.b.deutsch@verizon.com
**VERIZON CORPORATE SERVICES CORP.**
1515 North Court House Road, Suite 500
Arlington, VA 22201
Telephone: (703) 351-3044
Facsimile: (703) 351-3670

Attorneys for Plaintiffs
VERIZON CALIFORNIA INC.
VERIZON TRADEMARK SERVICES LLC
VERIZON LICENSING COMPANY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>NAVIGATION CATALYST SYSTEMS, INC.; and BASIC FUSION, INC.,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV 08-02463 ABC (Ex)<br><br>**ORDER TO CONTINUE PRETRIAL/ SCHEDULING CONFERENCE**<br><br>*Currently Scheduled for:*<br>　DATE: August 11, 2008<br>　TIME: 10:00 a.m.<br>　CTRM: 680<br><br>*Proposed:*<br>　DATE: September 8, 2008<br>　TIME: 10:00 a.m.<br>　CTRM: 680<br><br>**HON. AUDREY B. COLLINS** |

| | |
|---|---|
| 1 | The Court previously set a Pretrial/Scheduling Conference in this matter |
| 2 | for August 11, 2008. |
| 3 | Pursuant to the Stipulation filed concurrently herewith, and due to |
| 4 | pre-existing scheduling conflicts, Plaintiffs VERIZON CALIFORNIA INC., |
| 5 | VERIZON TRADEMARK SERVICES LLC, and VERIZON LICENSING |
| 6 | COMPANY, and Defendants NAVIGATION CATALYST SYSTEMS, INC., |
| 7 | and BASIC FUSION, INC. have stipulated that the conference be continued until |
| 8 | September 8, 2008 at 10:00 a.m. |

**IT IS SO ORDERED.**

DATED: July 21, 2008

_____
Audrey B. Collins
United States District Judge

LLB IRV1114861.1-*-07/18/08 2:35 PM