MICHAEL G. KING (SBN 145477)
mking@hgla.com
JANICE M. KROLL (SBN 189975)
jmkroll@hgla.com
HENNELLY & GROSSFELD LLP
4640 Admiralty Way, Suite 850
Marina del Rey, CA 90292
Tel: (310) 305-2100; Fax: (310) 305-2116

BRETT LEWIS (pro hac vice)
brett@lewishand.com
Lewis & Hand, LLP
45 Main Street, Suite 818
Brooklyn, NY 11201
Tel: (718) 243-9323; Fax: (718) 243-9326

Attorneys for Defendants
NAVIGATION CATALYST SYSTEMS, INC.; and
BASIC FUSION, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY,<br><br>Plaintiffs,<br><br>Vs.<br><br>NAVIGATION CATALYST SYSTEMS, INC.; and BASIC FUSION, INC.,<br><br>Defendants. | Case No. CV 08-2463 ABD (Ex)<br><br>**NOTICE OF DISMISSAL OF COUNTER CLAIM WITH PREJUDICE**<br><br>HON. AUDREY B. COLLINS |

Dockets.Justia.com

Pursuant to sections 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure, Counter-claim Plaintiffs, Navigation Catalyst Systems and Basic Fusion, Inc., and Counter-claim Defendants Verizon California, Inc., et al. hereby stipulate to a voluntary dismissal of the Counter-claim in this action with prejudice.

IT IS SO STIPULATED:

Dated: 8/27/08

LEWIS & HAND, LLP

By _____

Brett E. Lewis (*Pro Hac Vice*)

Attorneys for Defendants
NAVIGATION CATALYST SYSTEMS, INC., and BASIC FUSION, INC.

Dated: 8/28/08

CHRISTIE, PARKER & HALE, LLP

By _____

David J. Steele, CA Bar No. 209797
Howard A. Kroll, CA Bar No. 100981

Attorneys for Plaintiffs
VERIZON CALIFORNIA INC.;
VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY