# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-2463-ABC(Ex) | Date | September 8, 2008 |
|---|---|---|---|
| Title | Verizon California, Inc., et al -vs- Navigation Catalyst Systems | | |

| Present: The Honorable | AUDREY B. COLLINS | | |
|---|---|---|---|
| Daphne Alex | Katherine Stride | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | | |
| Howard A. Kroll | Michael G. King; Brett E. Lewis - via telephone | | |

**Proceedings:** SCHEDULING CONFERENCE

Scheduling Conference held. The Court sets the following dates:

Add Claims/Parties Cut-Off: December 1, 2008;

Discovery Cut-Off: March 1, 2009; Expert Discovery Cut-Off: June 12, 2009;

Law & Motion Cut-Off: June 29, 2009;

Final Pre Trial Conference: September 28, 2009, at 10:00AM; Trial counsel must be present;

Jury Trial: October 13, 2009, at 8:30AM, estimate 6 days.

Counsel are reminded of the requirements of Local Rule 16-14. Counsel shall submit their notice of settlement selection within 10 days.

: 06

Initials of Preparer   DA