
| | |
|---|---|
| 1 | DAVID J. STEELE, CA Bar No. 209797 |
| | Email: david.steele@cph.com |
| 2 | CHRISTIE, PARKER & HALE, LLP |
| | 3501 Jamboree Road, Suite 6000-North Tower |
| 3 | Newport Beach, CA 92660 |
| | Telephone: (949) 476-0757 |
| 4 | Facsimile: (949) 476-8640 |
| 5 | HOWARD J. KROLL, CA Bar No. 100981 |
| | Email: howard.kroll@cph.com |
| 6 | CHRISTIE, PARKER & HALE, LLP |
| | 350 West Colorado Boulevard, Suite 500 |
| 7 | Post Office Box 7068 |
| | Pasadena, California 91109-7068 |
| 8 | Telephone: (626) 795-9900 |
| | Facsimile: (626) 577-8800 |
| 9 | |
| 10 | JOHN THORNE (Admitted *pro hac vice*) |
| | Email: john.thorne@verizon.com |
| 11 | VERIZON CORPORATE SERVICES GROUP INC. |
| | SARAH B. DEUTSCH (Admitted *pro hac vice*) |
| 12 | Email: sarah.b.deutsch@verizon.com |
| | VERIZON CORPORATE SERVICES CORP. |
| 13 | 1515 North Court House Road, Suite 600 |
| | Arlington, VA 22201 |
| 14 | Telephone: (703) 351-3044 |
| | Facsimile: (703) 351-3670 |
| 15 | Attorneys for Plaintiffs |
| | VERIZON CALIFORNIA INC. |
| 16 | VERIZON TRADEMARK SERVICES INC. |
| | VERIZON LICENSING COMPANY |
| 17 | |
| 18 | MICHAEL G. KING, CA Bar No. 145477 |
| | Email: mking@hgla.com |
| 19 | JANICE M. KROLL, CA Bar No. 189975 |
| | jmkroll@hgla.com |
| 20 | HENNELLY & GROSSFELD LLP |
| | 4640 Admiralty Way, Suite 850 |
| 21 | Marina del Rey, CA 90292 |
| | Telephone: (310) 305-2100 |
| 22 | Facsimile: (310) 305-2116 |
| 23 | BRETT E. LEWIS (Admitted *pro hac vice*) |
| | Email: brett@lewishand.com |
| 24 | LEWIS & HAND, LLP |
| | 45 Main Street, Suite 818 |
| 25 | Brooklyn, NY 11201 |
| | Telephone: (718) 243-9323 |
| 26 | Facsimile: (718) 243-9326 |
| 27 | Attorneys for Defendants |
| | NAVIGATION CATALYST SYSTEMS, INC. |
| 28 | BASIC FUSION, INC. |

CHRISTIE, PARKER & HALE, LLP

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; AND VERIZON LICENSING COMPANY,<br><br>Plaintiffs/Counterclaim-Defendants,<br><br>vs.<br><br>NAVIGATION CATALYST SYSTEMS, INC.; AND BASIC FUSION, INC.,<br><br>Defendants/Counterclaim-Plaintiffs.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV08-02463 ABC (Ex)<br><br>**JOINT STIPULATION FOR ENTRY OF FINAL JUDGMENT AND PERMANENT INJUNCTION**<br><br>**Judge Audrey B. Collins** |

The parties, having reached a full settlement of this matter, hereby stipulate and agree to the entry of final judgment and permanent injunction as follows:

1. Defendants Navigation Catalyst Systems, Inc. and Basic Fusion, Inc. and their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of this Order, shall be permanently enjoined from:

   a. Registering or using any domain name that is identical or confusingly similar to the VERIZON, VERIZON WIRELESS, VZ, VZACCESS, VZEMAIL, VZGLOBAL, VZVOICE, VZW, FIOS, and VERIZON FIOS trade names, trademarks, or service marks;

   b. Assisting or aiding and abetting any other person or business entity in registering or using any domain name that is identical or confusingly similar to the VERIZON, VERIZON WIRELESS, VZ, VZACCESS, VZEMAIL, VZGLOBAL, VZVOICE, VZW, FIOS, and VERIZON FIOS trade names, trademarks, or service marks.

CHRISTIE, PARKER & HALE, LLP

| | |
|---|---|
| 1 |     2.    The Court will retain jurisdiction over the parties and the subject matter of this action. The Court will retain jurisdiction to the extent necessary to enforce this Permanent Injunction. |

2. The Court will retain jurisdiction over the parties and the subject matter of this action. The Court will retain jurisdiction to the extent necessary to enforce this Permanent Injunction.

3. No relief not expressly granted shall be given.

4. Each party shall bear its own costs, expenses and attorney's fees.

5. Final Judgment shall be entered.

Respectfully submitted

CHRISTIE, PARKER & HALE, LLP

DATED: October 21, 2008   By _____
David J. Steele
Howard A. Kroll

Attorneys for Plaintiffs
VERIZON CALIFORNIA INC.
VERIZON TRADEMARK SERVICES LLC
VERIZON LICENSING COMPANY

LEWIS AND HAND LLP

DATED: October 21, 2008   By _____
Brett E. Lewis

Attorneys for Defendants
NAVIGATION CATALYST
  SYSTEMS, INC.
BASIC FUSION, INC.

LLB IRV1115647.1-*-10/21/08 12:18 PM