| | |
|---|---|
| 1 | DAVID J. STEELE, CA Bar No. 209797 |
| | Email: david.steele@cph.com |
| 2 | CHRISTIE, PARKER & HALE, LLP |
| | 3501 Jamboree Road, Suite 6000-North Tower |
| 3 | Newport Beach, CA 92660 |
| | Telephone: (949) 476-0757 |
| 4 | Facsimile: (949) 476-8640 |
| 5 | HOWARD J. KROLL, CA Bar No. 100981 |
| | Email: howard.kroll@cph.com |
| 6 | CHRISTIE, PARKER & HALE, LLP |
| | 350 West Colorado Boulevard, Suite 500 |
| 7 | Pasadena, California 91105 |
| | Telephone: (626) 795-9900 |
| 8 | Facsimile: (626) 577-8800 |
| 9 | JOHN THORNE (Admitted *pro hac vice*) |
| | Email: john.thorne@verizon.com |
| 10 | VERIZON CORPORATE SERVICES GROUP INC. |
| | SARAH B. DEUTSCH (Admitted *pro hac vice*) |
| 11 | VERIZON CORPORATE SERVICES CORP. |
| | 1515 North Court House Road, Suite 600 |
| 12 | Arlington, VA 22201 |
| | Telephone: (703) 351-3044 |
| 13 | Facsimile: (703) 351-3670 |
| 14 | Attorneys for Plaintiffs |
| | VERIZON CALIFORNIA INC. |
| 15 | VERIZON TRADEMARK SERVICES INC. |
| | VERIZON LICENSING COMPANY |
| 16 | |
| 17 | MICHAEL G. KING, CA Bar No. 145477 |
| | Email: mking@hgla.com |
| 18 | JANICE M. KROLL, CA Bar No. 189975 |
| | jmkroll@hgla.com |
| 19 | HENNELLY & GROSSFELD LLP |
| | 4640 Admiralty Way, Suite 850 |
| 20 | Marina del Rey, CA 90292 |
| | Telephone: (310) 305-2100 |
| 21 | Facsimile: (310) 305-2116 |
| 22 | |
| | BRETT E. LEWIS (Admitted *pro hac vice*) |
| 23 | Email: brett@lewishand.com |
| | LEWIS & HAND, LLP |
| 24 | 45 Main Street, Suite 818 |
| | Brooklyn, NY 11201 |
| 25 | Telephone: (718) 243-9323 |
| | Facsimile: (718) 243-9326 |
| 26 | |
| | Attorneys for Defendants |
| 27 | NAVIGATION CATALYST SYSTEMS, INC. |
| | BASIC FUSION, INC. |
| 28 | |

CHRISTIE, PARKER & HALE, LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; AND VERIZON LICENSING COMPANY,<br><br>Plaintiffs/Counterclaim-Defendants,<br><br>vs.<br><br>NAVIGATION CATALYST SYSTEMS, INC.; AND BASIC FUSION, INC.,<br><br>Defendants/Counterclaim-Plaintiffs.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV08-02463 ABC (Ex)<br><br>**STIPULATED REQUEST TO RETURN PLAINTIFFS' CASHIER'S CHECK POSTED IN SUPPORT OF PRELIMINARY INJUNCTION**<br><br>**Judge Audrey B. Collins** |

WHEREAS, on June 30, 2008, Judge Collins issued a Preliminary Injunction, conditioned on the posting of a $10,000 bond by Plaintiffs;

WHEREAS, on July 1, 2008, Plaintiffs' deposited a $10,000 cashier's check with the Court Clerk's Office; and

WHEREAS, a Stipulation for Entry of Final Judgment and Permanent Injunction is being concurrently filed with this Stipulated Request.

THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED, by and between Plaintiffs Verizon California Inc., Verizon Trademark Services LLC, and Verizon Licensing Company and Defendants Navigation Catalyst Systems, Inc. and Basic Fusion, Inc., through their respective counsel, that the Court order the release of the $10,000 deposit, plus interest, posted by Plaintiffs.

///

///

CHRISTIE, PARKER & HALE, LLP

- 1 -

| | |
|---|---|
| 1 | Plaintiffs and Defendants further stipulate and request that the Clerk of the |
| 2 | Court remit the funds, payable to Christie, Parker & Hale, LLP, to the following |
| 3 | address: |

> David J. Steele, Esq.
> CHRISTIE, PARKER & HALE, LLP
> 3501 Jamboree Road
> Suite 6000 - North Tower
> Newport Beach, CA 92660

DATED: October 21, 2008          Respectfully submitted,

By _____
David J. Steele
Howard A. Kroll
CHRISTIE, PARKER & HALE, LLP

Attorneys for Plaintiffs
VERIZON CALIFORNIA, INC.
VERIZON TRADEMARK SERVICES INC.
VERIZON LICENSING COMPANY

DATED: October 21, 2008          By _____
Brett E. Lewis
LEWIS & HAND, LLP

Attorneys for Defendants/
Counterclaim-Plaintiffs
NAVIGATION CATALYST
  SYSTEMS, INC.
BASIC FUSION, INC.

LLB IRV1115651.1-*-10/21/08 12:19 PM

CHRISTIE, PARKER & HALE, LLP