| | |
|---|---|
| 1 | **DAVID J. STEELE, CA Bar No. 209797** |
| | Email: david.steele@cph.com |
| 2 | **CHRISTIE, PARKER & HALE, LLP** |
| | 3501 Jamboree Road, Suite 6000-North Tower |
| 3 | Newport Beach, CA  92660 |
| | Telephone:  (949) 476-0757 |
| 4 | Facsimile:   (949) 476-8640 |
| 5 | **HOWARD J. KROLL, CA Bar No. 100981** |
| | Email: howard.kroll@cph.com |
| 6 | **CHRISTIE, PARKER & HALE, LLP** |
| | 350 West Colorado Boulevard, Suite 500 |
| 7 | Pasadena, California  91105 |
| | Telephone: (626) 795-9900 |
| 8 | Facsimile: (626) 577-8800 |
| 9 | **JOHN THORNE (Admitted *pro hac vice*)** |
| | Email: john.thorne@verizon.com |
| 10 | **VERIZON CORPORATE SERVICES GROUP INC.** |
| | **SARAH B. DEUTSCH (Admitted *pro hac vice*)** |
| 11 | Email: sarah.b.deutsch@verizon.com |
| | **VERIZON CORPORATE SERVICES CORP.** |
| 12 | 1515 North Court House Road, Suite 600 |
| | Arlington, VA  22201 |
| 13 | Telephone: (703) 351-3044 |
| | Facsimile:  (703) 351-3670 |
| 14 | |
| | Attorneys for Plaintiffs |
| 15 | VERIZON CALIFORNIA INC. |
| | VERIZON TRADEMARK SERVICES INC. |
| 16 | VERIZON LICENSING COMPANY |
| 17 | |
| 18 | **MICHAEL G. KING, CA Bar No. 145477** |
| | Email:  mking@hgla.com |
| 19 | **JANICE M. KROLL, CA Bar No. 189975** |
| | jmkroll@hgla.com |
| 20 | **HENNELLY & GROSSFELD LLP** |
| | 4640 Admiralty Way, Suite 850 |
| 21 | Marina del Rey, CA  90292 |
| | Telephone: (310) 305-2100 |
| 22 | Facsimile:  (310) 305-2116 |
| 23 | **BRETT E. LEWIS (Admitted *pro hac vice*)** |
| | Email:  brett@lewishand.com |
| 24 | **LEWIS & HAND, LLP** |
| | 45 Main Street, Suite 818 |
| 25 | Brooklyn, NY  11201 |
| | Telephone: (718) 243-9323 |
| 26 | Facsimile:  (718) 243-9326 |
| 27 | Attorneys for Defendants |
| | NAVIGATION CATALYST SYSTEMS, INC. |
| 28 | BASIC FUSION, INC. |

| | |
|---|---|
| | UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>WESTERN DIVISION |

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; AND VERIZON LICENSING COMPANY,<br><br>    Plaintiffs/Counterclaim-Defendants,<br><br>vs.<br><br>NAVIGATION CATALYST SYSTEMS, INC.; AND BASIC FUSION, INC.,<br><br>    Defendants/Counterclaim-Plaintiffs. | Case No. CV08-02463 ABC (Ex)<br><br>**STIPULATED ORDER RETURNING PLAINTIFFS' CASHIER'S CHECK POSTED IN SUPPORT OF PRELIMINARY INJUNCTION**<br><br>**Judge Audrey B. Collins** |
| AND RELATED COUNTERCLAIMS. | |

Plaintiffs Verizon California Inc., Verizon Trademark Services LLC, and Verizon Licensing Company and Defendants Navigation Catalyst Systems, Inc. and Basic Fusion, Inc., through their respective counsel, have moved through a stipulated request for entry of an order releasing the $10,000 deposit previously posted by Plaintiffs, plus interest.

Plaintiffs and Defendants further request that the Clerk of the Court remit the funds, payable to Christie, Parker & Hale, LLP, to the following address:

    CHRISTIE, PARKER & HALE, LLP
    c/o David J. Steele, Esq.
    3501 Jamboree Road
    Suite 6000 - North Tower
    Newport Beach, CA  92660

**IT IS SO ORDERED:**

Dated:  October 22, 2008

                          Hon. Audrey B. Collins
                          United States District Judge

LLB IRV1115671.1-*-10/21/08 6:01 PM