AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Central District of California__ on the following ☐ Patents or ☑ Trademarks:

| DOCKET NO.<br>CV08-02463 ABC (Tx) | DATE FILED | U.S. DISTRICT COURT Central District of California |
|---|---|---|
| PLAINTIFF<br>Verizon California Inc.; Verizon Trademark Services LLC; and Verizon Licensing Company | | DEFENDANT<br>Navigation Catalyst Systems, Inc.; and Basic Fusion, Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2,879,802 | 8/31/2004 | Verizon Trademark Services LLC |
| 2 | 2,884,027 | 9/14/2004 | Verizon Trademark Services LLC |
| 3 | 2,886,813 | 9/21/2004 | Verizon Trademark Services LLC |
| 4 | 2,973,811 | 7/19/2005 | Verizon Trademark Services LLC |
| 5 | 2,973,813 | 7/19/2005 | Verizon Trademark Services LLC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| See attached |

| CLERK<br>Terry Nafisi | (BY) DEPUTY CLERK<br>IRENE RAMIREZ | DATE<br>11/4/08 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

| | |
|---|---|
| 1 | DAVID J. STEELE, CA Bar No. 209797<br>Email: david.steele@cph.com |
| 2 | CHRISTIE, PARKER & HALE, LLP<br>3501 Jamboree Road, Suite 6000-North Tower |
| 3 | Newport Beach, CA 92660<br>Telephone: (949) 476-0757 |
| 4 | Facsimile: (949) 476-8640 |
| 5 | HOWARD J. KROLL, CA Bar No. 100981<br>Email: howard.kroll@cph.com |
| 6 | CHRISTIE, PARKER & HALE, LLP<br>350 West Colorado Boulevard, Suite 500 |
| 7 | Post Office Box 7068<br>Pasadena, California 91109-7068 |
| 8 | Telephone: (626) 795-9900<br>Facsimile: (626) 577-8800 |
| 9 | |
| 10 | JOHN THORNE (Admitted *pro hac vice*)<br>Email: john.thorne@verizon.com |
| 11 | VERIZON CORPORATE SERVICES GROUP INC.<br>SARAH B. DEUTSCH (Admitted *pro hac vice*) |
| 12 | Email: sarah.b.deutsch@verizon.com<br>VERIZON CORPORATE SERVICES CORP. |
| 13 | 1515 North Court House Road, Suite 600<br>Arlington, VA 22201 |
| 14 | Telephone: (703) 351-3044<br>Facsimile: (703) 351-3670 |
| 15 | Attorneys for Plaintiffs<br>VERIZON CALIFORNIA INC. |
| 16 | VERIZON TRADEMARK SERVICES INC.<br>VERIZON LICENSING COMPANY |
| 17 | |
| 18 | MICHAEL G. KING, CA Bar No. 145477<br>Email: mking@hgla.com |
| 19 | JANICE M. KROLL, CA Bar No. 189975<br>jmkroll@hgla.com |
| 20 | HENNELLY & GROSSFELD LLP<br>4640 Admiralty Way, Suite 850 |
| 21 | Marina del Rey, CA 90292<br>Telephone: (310) 305-2100 |
| 22 | Facsimile: (310) 305-2116 |
| 23 | BRETT E. LEWIS (Admitted *pro hac vice*)<br>Email: brett@lewishand.com |
| 24 | LEWIS & HAND, LLP<br>45 Main Street, Suite 818 |
| 25 | Brooklyn, NY 11201<br>Telephone: (718) 243-9323 |
| 26 | Facsimile: (718) 243-9326 |
| 27 | Attorneys for Defendants<br>NAVIGATION CATALYST SYSTEMS, INC. |
| 28 | BASIC FUSION, INC. |

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; AND VERIZON LICENSING COMPANY,<br><br>Plaintiffs/Counterclaim-Defendants,<br><br>vs.<br><br>NAVIGATION CATALYST SYSTEMS, INC.; AND BASIC FUSION, INC.,<br><br>Defendants/Counterclaim-Plaintiffs.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV08-02463 ABC (Ex)<br><br>**STIPULATED ORDER FOR FINAL JUDGMENT AND PERMANENT INJUNCTION**<br><br>**Judge Audrey B. Collins** |

The parties, having reached a full settlement of this matter, hereby stipulate, subject to the approval of the Court, to the entry of the permanent injunction and final judgment set forth below.

**IT IS HEREBY ORDERED THAT:**

The parties, having reached a full settlement of this matter, hereby stipulate and agree to the entry of final judgment and permanent injunction as follows:

1. Defendants Navigation Catalyst Systems, Inc. and Basic Fusion, Inc. and their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of this Order, shall be permanently enjoined from:

   a. Registering or using any domain name that is identical or confusingly similar to the VERIZON, VERIZON WIRELESS, VZ, VZACCESS, VZEMAIL, VZGLOBAL, VZVOICE, VZW, FIOS, and VERIZON FIOS trade names, trademarks, or service marks;

b. Assisting or aiding and abetting any other person or business entity in registering or using any domain name that is identical or confusingly similar to the VERIZON, VERIZON WIRELESS, VZ, VZACCESS, VZEMAIL, VZGLOBAL, VZVOICE, VZW, FIOS, and VERIZON FIOS trade names, trademarks, or service marks.

2. This Court has jurisdiction over the parties and the subject matter of this action. This Court shall retain jurisdiction to the extent necessary to enforce this Permanent Injunction.

3. All relief not expressly granted herein is DENIED.

4. Each party shall bear its own costs, expenses and attorney's fees.

5. This is a Final Judgment.

DATED: October 21, 2008

Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

By /s/ David J. Steele
David J. Steele
Howard A. Kroll

Attorneys for Plaintiffs
VERIZON CALIFORNIA, INC.
VERIZON TRADEMARK SERVICES INC.
VERIZON LICENSING COMPANY

LEWIS AND HAND LLP

DATED: October 21, 2008

By /s/ Brett E. Lewis
Brett E. Lewis

Attorneys for Defendants
NAVIGATION CATALYST SYSTEMS, INC.
BASIC FUSION, INC.

**IT IS SO ORDERED:**

Dated: October 22, 2008

Hon. Audrey B. Collins
United States District Judge

LLB IRV1115646.1-*-10/21/08 6:00 PM